Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16–24757–CMB**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Perry J. Rowan
240 Kovalchecks Road
Carmichaels, PA 15320

Rose M. Rowan
fka Rose M. Lohr
240 Kovalchecks Road
Carmichaels, PA 15320

Social Security No.:
    xxx–xx–5927

    xxx–xx–6035

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale–Bayne Road
Suite 200
Warrendale, PA 15086
Telephone number:  724–799–8404

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412–471–5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
July 10, 2017
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
July 10, 2017
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/25/17

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                        Case No. 16-24757-CMB
Perry J. Rowan                                               Chapter 13
Rose M. Rowan
        Debtors

### CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut          Page 1 of 3          Date Rcvd: May 25, 2017
                           Form ID: rsc13       Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
```
db/jdb     +Perry J. Rowan,   Rose M. Rowan,   240 Kovalchecks Road,   Carmichaels, PA 15320-2656
cr         +Branch Banking and Trust,   c/o Sally E. Edison,   Spilman Thomas & Battle, PLLC,
             One Oxford Centre, Suite 3440,   301 Grant Street,   Pittsburgh, PA 15219-1407
cr         +Caterpillar Financial Services Corporation,   Buchanan Ingersoll & Rooney PC,
             c/o Peter S. Russ, Esq.,   One Oxford Centre,   301 Grant Street, 20th Floor,
             Pittsburgh, PA 15219-1412
cr         +Caterpillar Financial Services Corporation,   Buchanan Ingersoll & Rooney PC,
             c/o Kelly M. Neal, Esq.,   One Oxford Centre,   301 Grant Street, 20th Floor,
             Pittsburgh, PA 15219-1412
cr         +First National Bank of Pennsylvania,   c/o Donna Donaher,   One North Shore Center,
             12 Federal Street, First Floor,   Pittsburgh, PA 15212-5752
14341252   +Allied Interstate,   PO Box 361445,   Columbus, OH 43236-1445
14341253   +American Express,   PO Box 1270,   Newark, NJ 07101-1270
14341254   +American Express,   PO Box 981537,   El Paso, TX 79998-1537
14344738    American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
14341255   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bank of America,   PO Box 15019,   Wilmington, DE 19886)
14341256   +Bank of the West,   Bank Card Center,   PO Box 84043,   Columbus, GA 31908-4043
14341258   +Black Diamond Equipment Rental,   2080 Rail Street,   Morgantown, WV 26501-7874
14341259   +Brown & Joseph,   PO Box 59838,   Schaumburg, IL 60159-0838
14341260   +Caterpillar Financial Services,   PO Box 13834,   Newark, NJ 07188-3834
14341261    Chase,   Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
14341262   +Citicards CBNA,   PO Box 6241,   Sioux Falls, SD 57117-6241
14341264   +Comenity Bank/GNDRMNT,   PO Box 182789,   Columbus, OH 43218-2789
14341265   +Comenity Bank/Total Rewards Visa,   PO Box 182789,   Columbus, OH 43218-2789
14341268   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court:  Fifth Third Bank,   38 Fountain Square Plaza,
             Cincinnati, OH 45263)
14419410   ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court:  Ford Motor Credit Company LLC,   P.O. BOX 62180,
             COLORADO SPRINGS, CO 80962)
14405018   +Fifth Third Bank,   PO Box 9013,   Addison, Texas 75001-9013
14341270   +First National Bank,   3320 E State Street,   Hermitage, PA 16148-3301
14420142   +First National Bank of Pennsylvania,   c/o Donna Donaher,   One North Shore Center,
             12 Federal Street, 1st Floor,   Pittsburgh, PA 15212-5752
14341271   +Hillmeade Apartments,   6800 Highway 70 South,   Nashville, TN 37221-2271
14341273   +Lease Operations, 111 Executive Center Drive,   Suite 102,   Columbia, SC 29210-8414
14341274   +MedicWest Ambulance, Inc,,   50 south Main Street,   Suite 401,   Akron, OH 44308-1829
14341275   +Nashville Electronic Services,   1214 Church Street,   Nashville, TN 37246-0002
14341263   +Navitas Credit Corp.,   c/o Cohn & Dussi, LLC,   500 West Cummings Park, Suite 2350,
             Woburn, MA 01801-6544
14341276   +Navitas Credit Corp.,   814 US Highway A1A N Ste 201,   Ponte Vedra Beach, FL 32082-3269
14341278   +OneMain Financial,   PO Box 1010,   Evansville, IN 47706-1010
14341279   +Pennsylvania Association of Credit Mgmt.,   3737 Library Road,   Pittsburgh, PA 15234-2232
14341280   +Q&M Construction,   1066 Fish Rdige Road,   Cameron, WV 26033-2316
14341281   +Quality Asset Recovery,   7 Foster Ave, Ste 101,   Gibbsboro, NJ 08026-1191
14341285    THD/CBNA,   P O Box 6497,   Sioux Falls, SD 57117-6497
14341287   +Total Rewards Visa,   PO Box 659584,   San Antonio, TX 78265-9584
14341288   +Tractor Supply/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
14341289   +Wade's Body & Frame Shop,   71 N. Maiden Street,   Waynesburg, PA 15370-1713
14341290   +Whole Solutions,   1217 Salt Springs Road,   Mineral Ridge, OH 44440-9331
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 26 2017 00:56:19    Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
cr         +E-mail/Text: bankruptcy@bbandt.com May 26 2017 00:56:06    BRANCH BANKING AND TRUST COMPANY,
             Branch Banking and Trust Company,   50 Aviemore Court,   Pinehurst, NC  28374,
             UNITED STATES 28374
14341257   +E-mail/Text: bankruptcy@bbandt.com May 26 2017 00:56:05    BB&T,   PO Box 580340,
             Charlotte, NC 28258-0340
14400657   +E-mail/Text: bankruptcy@bbandt.com May 26 2017 00:56:06    BB&T, Bankruptcy Section,
             100-50-01-51,   PO Box 1847,   Wilson, NC 27894-1847
14341266   +E-mail/Text: Umesh.Patil@credencerm.com May 26 2017 00:56:39    Credence Resource Mgmt,
             17000 Dallas Parkway # 204,   Dallas, TX 75248-1940
14341267    E-mail/Text: mrdiscen@discover.com May 26 2017 00:56:03    Discover Bank,   PO Box 15316,
             Wilmington, DE 19850
14410435    E-mail/Text: mrdiscen@discover.com May 26 2017 00:56:03    Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14341272   +E-mail/Text: bankruptcy@huntington.com May 26 2017 00:56:22    Huntington National Bank,
             PO Box 2059,   Columbus, OH 43216-2059
```

```
District/off: 0315-2          User: mgut          Page 2 of 3          Date Rcvd: May 25, 2017
                             Form ID: rsc13       Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14341277      +E-mail/Text: electronicbkydocs@nelnet.net May 26 2017 00:56:26      Nelnet,
               3015 S Parker Rd Ste 400,   Aurora, CO 80014-2904
14406852      +E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2017 00:51:35
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
14405383       E-mail/Text: bnc-quantum@quantum3group.com May 26 2017 00:56:11
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
14341283      +E-mail/PDF: gecsedi@recoverycorp.com May 26 2017 00:51:40      SYNCB/Lowes,   PO Box 965005,
               Orlando, FL 32896-5005
14341284      +E-mail/PDF: gecsedi@recoverycorp.com May 26 2017 00:51:35      SYNCB/Wal-Mart,   PO Box 965036,
               Orlando, FL 32896-5036
14341282      +E-mail/Text: bankruptcy@bbandt.com May 26 2017 00:56:12      Sheffield Financial Corp,
               PO Box 1847,   Wilson, NC 27894-1847
14341286       E-mail/Text: pauline.burt@timepaymentcorp.com May 26 2017 00:56:28      Time Payment Corp.,
               10M Commerce Way,   Woburn, MA 01801
14415845      +E-mail/Text: bankruptcy@huntington.com May 26 2017 00:56:22      The Huntington National Bank,
               P.O. Box 89424,   Cleveland, OH 44101-6424
14405012      +E-mail/Text: electronicbkydocs@nelnet.net May 26 2017 00:56:26
               US Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
               Lincoln, NE 68508-1911
                                                                                          TOTAL: 17


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Fifth Third Bank
cr*            American Express Bank, FSB,   c/o Becket and Lee, LLP,   PO Box 3001,   Malvern, PA 19355-0701
14341269*     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   5050 Kingsley Drive,   Cincinnati, OH 45263)
                                                                        TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
          Brian C. Thompson   on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com,LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;nfulk1@thompsonattorney.com;noreply@thompsonattorney.com;mhodge@thompso
           nattorney.com;tstark@
          Brian C. Thompson   on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com,LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;nfulk1@thompsonattorney.com;noreply@thompsonattorney.com;mhodge@thompso
           nattorney.com;tstark@
          Debra Lee Hovatter   on behalf of Creditor   BRANCH BANKING AND TRUST COMPANY
           dhovatter@spilmanlaw.com
          Donna M. Donaher   on behalf of Creditor   First National Bank of Pennsylvania
           donaherd@fnb-corp.com
          James  Warmbrodt   on behalf of Creditor   Fifth Third Bank bkgroup@kmllawgroup.com
          Kelly M. Neal   on behalf of Creditor   Caterpillar Financial Services Corporation
           kelly.neal@bipc.com,   donna.curcio@bipc.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Pamela J. Wilson   on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com,
           pwilson@ecf.epiqsystems.com
          Peter S. Russ   on behalf of Creditor   Caterpillar Financial Services Corporation
           peter.russ@bipc.com,   steven.dewick@bipc.com/donna.curcio@bipc.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
```

District/off: 0315-2          User: mgut               Page 3 of 3          Date Rcvd: May 25, 2017
                             Form ID: rscl3            Total Noticed: 55

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sally E. Edison    on behalf of Creditor    Branch Banking and Trust sedison@spilmanlaw.com,
                 tcollins@spilmanlaw.com

                                                                                        TOTAL: 11