MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Rowan                                    JAD/TPA/**CMB**/GLT

Case Number: 16-24757

Date of Meeting: 7/10/17                            Recording # 18
Debtor(s) present ✓ or Not Present ___ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s) Thompson           (Present ✓ or Not Present ___)
Date of Plan at § 341: 4/20/17  Applicable commitment period ✓ 3 yrs ___ 5 yrs

Various pieces of equipment not disclosed. Corporation not listed as an asset. Corporation has assets.

Need amended schedules & plan.
Edison — BB&T
2012 Ford not disclosed.
Wife purchased vehicle post-petition without court approval. Need approval. Counsel to object to Caterpillar claim as collateral was repossessed 1 year prior.

2016 tax return not required SS income only.

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed) — for amendments
___ Meeting NOT HELD
       ___ Order to Show Cause Requested
       ✓ To be rescheduled by Clerk

please reschedule 341 mtg.

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
       ___ 341 Meeting   OR ___ Conciliation Conf. OR ___*Contested Hearing
       On _____ at _____ am/pm Location _____

                                        Jana S. Paul
                              Chapter 13 Trustee/Attorney for Trustee