MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
8/21/17 1:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: Rowan  JAD/TPA/CMB/GLT

Case Number: 16-24757

Date of Meeting: 8/14/17   Recording # 13
Debtor(s) present ✓ or Not Present    ( __ No Payments Made or ✓ partial payments)
Attorney for debtor(s) Thompson Lemon (Present ✓ or Not Present ___)
Date of Plan at § 341: 4-20-17   Applicable commitment period ___ 3 yrs ___ 5 yrs

2nd session of 341 begun 7-10-17
Th Collins- BranchBank + T
Mortgage to First Nat (c#14) still not listed
Huntington Bank secured by 2013 Dodge RAM — loan
still not listed.
Exempt Line 8h on sch I still wrong. sb 584 on his
Plan + Pub 2016 statement differ as to retainer by
$500.
2012 Ford Escape — Ford Motor Credit — not provided — daughter
paying it.

___ ✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                        ___ Order to Show Cause Requested
                        ___ To be rescheduled by Clerk

___ ✓ Confirmation Order recommended ___ Final ___ Interim
___ ✓ Amended Plan due: 9-14-17 ; Objections due: 10-12-17

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ ✓ Continued to:
    ___ 341 Meeting    OR    ✓ Conciliation Conf. OR ___ *Contested Hearing
    On 10-19-17    at 1:00 am/pm Location 3251 US Steel

_____
Chapter 13 Trustee/Attorney for Trustee