Form 202

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Perry J. Rowan
Rose M. Rowan
fka Rose M. Lohr**
    Debtor(s)

Bankruptcy Case No.: 16–24757–CMB

Chapter: 13
Docket No.: 73 – 72
Concil. Conf.: October 19, 2017 at 01:00 PM

**ORDER SCHEDULING DATES FOR HEARING ON
AND OBJECTION TO AMENDED PLAN DATED 9/14/2017**

    **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

    *On or before October 5, 2017,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

    *On October 19, 2017 at 01:00 PM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    */s/ Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: September 15, 2017

cm: Proponent of the Amended Plan

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Perry J. Rowan  
Rose M. Rowan  
    Debtors

Case No. 16-24757-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 1    Date Rcvd: Sep 15, 2017  
                   Form ID: 202    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2017.  
db/jdb      +Perry J. Rowan,    Rose M. Rowan,    240 Kovalchecks Road,    Carmichaels, PA 15320-2656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2017 at the address(es) listed below:

        Brian C. Thompson    on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
        Brian C. Thompson    on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
        Debra Lee Hovatter    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY dhovatter@spilmanlaw.com  
        Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com  
        James  Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com  
        James A. Prostko    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com, james.prostko@phelanhallinan.com  
        Jeremy J. Kobeski    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com  
        Kelly M. Neal    on behalf of Creditor    Caterpillar Financial Services Corporation kelly.neal@bipc.com,  donna.curcio@bipc.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Pamela J. Wilson    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com, pwilson@ecf.epiqsystems.com  
        Peter S. Russ    on behalf of Creditor    Caterpillar Financial Services Corporation peter.russ@bipc.com,  steven.dewick@bipc.com;donna.curcio@bipc.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Sally E. Edison    on behalf of Creditor    Branch Banking and Trust sedison@spilmanlaw.com, tcollins@spilmanlaw.com  
                                                                                                                TOTAL: 13