IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Perry J. Rowan, and Rose M. Rowan, ) ) ) Debtors. ) ) _____ ) Perry J. Rowan, and Rose M. Rowan, ) ) ) Movants, ) ) v. ) ) Caterpillar Financial Services Corp., ) ) Respondent. ) ) | Bankruptcy No. 16-24757-CMB  Chapter 13  Related to Document Nos. 63, 65, 75 |

## ORDER

AND NOW, this __20th__ day of __September__, 2017, upon consideration of Movants' Motion to Withdraw Objection to Proof of Claim No. 17, and good cause having been shown, it is hereby ORDERED that said Objection to Proof of Claim No. 17, filed on August 15, 2017 at Doc. No. 63 is hereby WITHDRAWN. The hearing scheduled for September 27, 2017 at 11:00 AM is cancelled.

_____
United States Bankruptcy Judge      kmt

FILED
9/20/17 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-24757-CMB
Perry J. Rowan                                                            Chapter 13
Rose M. Rowan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1              Date Rcvd: Sep 20, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.
db/jdb         +Perry J. Rowan,    Rose M. Rowan,    240 Kovalchecks Road,    Carmichaels, PA 15320-2656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              Brian C. Thompson    on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Debra Lee Hovatter    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY
               dhovatter@spilmanlaw.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James  Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeremy J. Kobeski    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              Kelly M. Neal    on behalf of Creditor    Caterpillar Financial Services Corporation
               kelly.neal@bipc.com,  donna.curcio@bipc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com,
               pwilson@ecf.epiqsystems.com
              Peter S. Russ    on behalf of Creditor    Caterpillar Financial Services Corporation
               peter.russ@bipc.com,  steven.dewick@bipc.com;donna.curcio@bipc.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sally E. Edison    on behalf of Creditor    Branch Banking and Trust sedison@spilmanlaw.com,
               tcollins@spilmanlaw.com
                                                                                             TOTAL: 13