# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| PERRY J. ROWAN ) | Case No. 16-24757-CMB |
| ROSE M. ROWAN ) | Chapter 13 |
| ) | |
| *Debtors* ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Travis A. Knobbe of Spilman Thomas & Battle, PLLC, appears as counsel for Branch Banking and Trust Company ("BB&T"), and, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given, and all papers served or required to be served, in this case, be given to and served on:

>Travis A. Knobbe
>Spilman Thomas & Battle, PLLC
>One Oxford Centre, Suite 3440
>301 Grant Street
>Pittsburgh, PA 15219
>412.325.3311 (T)
>412.325.3324 (F)
>E-mail:
>tknobbe@spilmanlaw.com

This request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes notices of any application, complaint, demand, hearing, motion, petition, pleading or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex or otherwise filed or made with regard to the above-captioned bankruptcy case and all proceedings therein.  In addition, it is requested that Travis A. Knobbe, counsel for BB&T, be added to the master mailing list in this case.

The Debtors, U.S. Trustee, and the Clerk of the Court are requested to add the undersigned's name and address to any mailing matrix or list to be prepared or existing in the above-referenced bankruptcy proceedings.

DATED:  October 31, 2017           BRANCH BANKING AND TRUST COMPANY

BY:  Spilman Thomas & Battle, PLLC

/s/ *Travis A. Knobbe*
Travis A. Knobbe (WVSB # 13123)
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
412.325.3311 (T)
412.325.3324 (F)
tknobbe@spilmanlaw.com

### CERTIFICATE OF SERVICE

I, Travis A. Knobbe, hereby certify that on October 31, 2017, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system, causing the same to be served through this Court's ECF system on all parties registered to receive CM/ECF notices.

/s/ Travis A. Knobbe
Counsel

2