# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | BK Petition No.: 16-24757-cmb |
| PERRY J. ROWAN | Chapter 13 |
| and | |
| ROSE M. ROWAN, | |
| Debtors. | Related to Doc No. |
| BRANCH BANKING AND TRUST COMPANY, | Hearing Date: 2/28/18 @ 10:00 a.m. |
| Movant, | Objection Deadline: 2/15/18 |
| v. | |
| PERRY J. ROWAN | |
| Respondent. | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF BRANCH BANKING AND TRUST COMPANY FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

TO THE RESPONDENT:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than February 15, 2018 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

      A hearing will be held on February 28, 2017, at 10:00 a.m. before Judge Carlotta M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

DATED:  January 29, 2018

By: */s/ Travis A. Knobbe*
Travis A. Knobbe (PA ID No. 322147)
Sally E. Edison (PA ID No. 78678)
Spilman Thomas & Battle, PLLC
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
(412) 325-3311
tknobbe@spilmanlaw.com
sedison@spilmanlaw.com

*Counsel to Branch Banking and Trust Company*