## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Perry J. Rowan,<br>   Rose M. Rowan, | : | Bankruptcy No. 16-24757-CMB |
| | : | |
|    Debtors. | : | |
| _____ | : | Chapter 7 |
|    Perry J. Rowan, | : | |
|    Rose M. Rowan, | : | |
| | : | Document No.: |
|    Movants, | : | |
| | : | |
|    v. | : | Related to Document No.: 95 |
| | : | |
| No Respondents | : | |
| | : | **Hearing Date & Time:** |
|    Respondent. | : | February 14, 2018 at 11:00 a.m. |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Response to Motion for Relief From Stay at

Document No. 95 was served by electronic mail and/or First Class U.S. mail postage

prepaid on February 1, 2018, to the parties listed below:

Travis A. Knobbe, Esquire  
Sally E. Edison, Esquire  
Spilman Thomas & Battle, PLLC  
One Oxford Centre, Suite 3440  
301 Grant Street  
Pittsburgh, PA  15219  

Office of the U.S. Trustee  
970 Liberty Center  
1001 Liberty Avenue  
Pittsburgh, PA  15222  

Ronda J. Winnecour, Esquire  
Office of the Chapter 13 Trustee  
3250 USX Tower  
600 Grant Street  
Pittsburgh, PA  15219  

Dated: February 1, 2018

/s/ Jill A. Gorzé  
Jill A. Gorzé, Paralegal  
Thompson Law Group, P.C.  
125 Warrendale Bayne Road, Suite 200

Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com