## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Perry J. Rowan, | : | Bankruptcy No. 16-24757-CMB |
| Rose M. Rowan, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| _____ | : | |
| Branch Banking and Trust Company, | : | Document No.: |
| | : | |
| Movant, | : | Related to Document No.: 98 |
| | : | |
| v. | : | |
| | : | |
| Perry J. Rowan, and | : | |
| Rose M. Rowan, | : | |
| | : | **Hearing Date & Time:** |
| Respondents. | : | February 28, 2018 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Response to Motion of Branch Banking and Trust Company for Relief from the Automatic Stay at Document No. 98 was served by electronic mail and/or First Class U.S. mail postage prepaid on February 16, 2018, to the parties listed below:

Travis A. Knobbe, Esquire
Sally E. Edison, Esquire
Spilman Thomas & Battle, PLLC
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA  15219

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda J. Winnecour, Esquire
Office of the Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

Dated: February 6, 2018

/s/ Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200

Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com