## PROCEEDING MEMO

Date: 02/28/2018 10:00 am

In re: Perry J. Rowan and Rose M. Rowan

Bankruptcy No. 16-24757-CMB
Chapter: 13
Doc. # 90

**Appearances:**

**Movant(s):** ~~Travis A. Knobbe~~

**Respondent(s):** Brian C. Thompson; Winnecour ~~/ Pail / Katz~~

**Creditor(s):** Theo Collins for Branch Banking

**Nature of Proceeding:** Motion for Relief from Stay by Branch Banking and Trust Company

**Additional Pleadings:** #94 Certificate of Service; #98 Response by the Debtors

**Judge's Notes:** Counsel for the bank asked for some time to file a consent order.

**Outcome:** No need for trustee to consent. Consent order to be filed in 7 days.

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
2/28/18 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA