# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | No.: 16-24757 |
| PERRY J. ROWAN | Chapter 13 |
| and | |
| ROSE M. ROWAN, | |
| Debtors. | Related to Doc No. |
| BRANCH BANKING AND TRUST COMPANY, | |
| Movant, | |
| v. | |
| PERRY J. ROWAN | |
| Respondent. | |

## CONSENT ORDER OF COURT

WHEREAS, on January 29, 2018 Branch Banking and Trust Company ("BB&T") filed a Motion for Relief from Stay at Document No. 90.

WHEREAS, on February 15, 2018, Debtor filed a Response to BB&T's Motion for Relief from Stay at Document No. 98.

WHEREAS, after discussion, the parties have agreed to resolve the issues raised in BB&T's Motion for Relief and Debtor's Response, with an Order consenting to the following:

It is hereby ORDERED, ADJUDGED AND DECREED that BB&T is granted relief from the automatic stay with respect to the following collateral (hereinafter, the "Equipment"):

| **Equipment Description** |
|---|
| "1999 2720 ditch witch Drill" |
| "1999 4020 ditch witch Drill" |
| "1984 American auger reclaimer" |
| Two Boring Machines with auger attachments |

It is further

ORDERED that the Debtors are directed to make available for repossession the Equipment to BB&T or its agents as soon as practicable; and it is further

ORDERED that the fourteen (14) days stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived; and it is further

ORDERED that BB&T shall have one-hundred and twenty (120) days from the date of the entry of this Order to amend its proof of claim to identify any unsecured deficiency balance after application of the proceeds of the above-identified collateral.

                                Honorable CARLOTA A. BÖHM
                                United States Bankruptcy Court Judge

Dated: Pittsburgh, PA

_____, 2018

**Seen and Agreed to by:**

/s/Travis Knobbe                        /s/Brian C. Thompson
Travis Knobbe, Esq.                  Brian C. Thompson, Esq.
Counsel for BB&T                     Counsel for Debtors