**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | No.: 16-24757 |
| PERRY J. ROWAN | Chapter 13 |
| and | |
| ROSE M. ROWAN, | |
| Debtors. | |
| | Related to Doc No. 90, 105 |
| BRANCH BANKING AND TRUST COMPANY, | |
| Movant, | |
| v. | |
| PERRY J. ROWAN | |
| Respondent. | |

### CONSENT ORDER OF COURT

WHEREAS, on January 29, 2018 Branch Banking and Trust Company ("BB&T") filed a Motion for Relief from Stay at Document No. 90.

WHEREAS, on February 15, 2018, Debtor filed a Response to BB&T's Motion for Relief from Stay at Document No. 98.

WHEREAS, after discussion, the parties have agreed to resolve the issues raised in BB&T's Motion for Relief and Debtor's Response, with an Order consenting to the following:

It is hereby ORDERED, ADJUDGED AND DECREED that BB&T is granted relief from the automatic stay with respect to the following collateral (hereinafter, the "Equipment"):

| Equipment Description |
|---|
| "1999 2720 ditch witch Drill" |
| "1999 4020 ditch witch Drill" |
| "1984 American auger reclaimer" |
| Two Boring Machines with auger attachments |

It is further

ORDERED that the Debtors are directed to make available for repossession the Equipment to BB&T or its agents as soon as practicable; and it is further

ORDERED that the fourteen (14) days stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived; and it is further

ORDERED that BB&T shall have one-hundred and twenty (120) days from the date of the entry of this Order to amend its proof of claim to identify any unsecured deficiency balance after application of the proceeds of the above-identified collateral.

_____
Honorable CARLOTA A. BÖHM
United States Bankruptcy Court Judge

Dated: Pittsburgh, PA

__March 8_____, 2018


**Seen and Agreed to by:**

/s/Travis Knobbe                    /s/Brian C. Thompson
Travis Knobbe, Esq.                 Brian C. Thompson, Esq.
Counsel for BB&T                    Counsel for Debtors

2

FILED
3/8/18 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Perry J. Rowan  
Rose M. Rowan  
    Debtors

Case No. 16-24757-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Mar 08, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.  
db/jdb         +Perry J. Rowan,    Rose M. Rowan,    240 Kovalchecks Road,    Carmichaels, PA 15320-2656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:

           Brian C. Thompson    on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
           Brian C. Thompson    on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
           Debra Lee Hovatter    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY dhovatter@spilmanlaw.com  
           Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com  
           James Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com  
           James A. Prostko    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com, james.prostko@phelanhallinan.com  
           James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com, jbluemle@weltman.com  
           Jeremy J. Kobeski    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com  
           Kelly M. Neal    on behalf of Creditor    Caterpillar Financial Services Corporation kelly.neal@bipc.com,  donna.curcio@bipc.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Pamela J. Wilson    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com, pwilson@ecf.epiqsystems.com  
           Peter S. Russ    on behalf of Creditor    Caterpillar Financial Services Corporation peter.russ@bipc.com,  steven.dewick@bipc.com;donna.curcio@bipc.com  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           Sally E. Edison    on behalf of Creditor    Branch Banking and Trust sedison@spilmanlaw.com, tcollins@spilmanlaw.com  
           Travis Knobbe    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY tknobbe@spilmanlaw.com, jsteer@spilmanlaw.com  
                                                                                                      TOTAL: 15