# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 16-24757-CMB |
| ) | |
| Perry J. Rowan & Rose M. Rowan f/k/a Rose ) | CHAPTER 13 |
| M. Lohr, ) | |
| ) | MOTION NO.: |
| Debtor. ) | |
| ) | |
| First National Bank of Pennsylvania, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Perry J. Rowan & Rose M. Rowan f/k/a Rose ) | |
| M. Lohr, Debtors; and and Kimberly Kreuzer ) | |
| and Ronda J. Winnecour, Trustee; ) | |
| ) | |
| Respondents. ) | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF FIRST NATIONAL BANK OF PENNSYLVANIA FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than April 13, 2018, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on May 4, 2018, at 10:00 a.m. before Judge Carlota M. Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.

     If there is an issue of fact, an evidentiary hearing will be scheduled at a later date of the Court. An order granting relief may be entered and the hearing may not be held if you do not timely file and serve a written report.

                                              Respectfully submitted,

                                              GRENEN & BIRSIC, P.C.

Dated:   3/27/18                  By:     /s/ David W. Raphael
                                                  David W. Raphael, Esquire
                                                  PA ID No. 200598
                                                  Attorney for First National Bank of
                                                     Pennsylvania
                                                  One Gateway Center, 9th Floor
                                                  Pittsburgh, PA 15222
                                                  412-281-7650
                                                  E-mail: draphael@grenenbirsic.com