# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 16-24757-CMB |
| | ) |
| Perry J. Rowan & Rose M. Rowan f/k/a Rose M. Lohr, | ) CHAPTER 13 |
| | ) |
| | ) HEARING DATE & TIME:  May 4, 2018 @ |
| Debtor. | ) 10:00 a.m. |
| | ) |
| First National Bank of Pennsylvania, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| Perry J. Rowan & Rose M. Rowan f/k/a Rose M. Lohr, Debtors; and Ronda J. Winnecour, Trustee; | ) |
| | ) |
| Respondents. | ) |

## CONSENT TO CONTINUANCE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(e) PENDING FINAL HEARING

    First National Bank of Pennsylvania, by its undersigned counsel, consents to the extension of the automatic stay pursuant to 11 U.S.C. § 362(e) pending a final hearing on the motion for relief, and waives any right to declare a grant of relief in the event that the hearing is not held within thirty (30) days of the request for relief.

                                                   GRENEN & BIRSIC, P.C.

Date:  3/27/18                     By:   /s/ David W. Raphael
                                                       David W. Raphael, Esquire
                                                       PA ID No. 200598
                                                       Attorney for First National Bank of
                                                         Pennsylvania
                                                       One Gateway Center, 9th Floor
                                                       Pittsburgh, PA  15222
                                                       412-281-7650
                                                       E-mail:  draphael@grenenbirsic.com