# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 16-24757-CMB |
| | ) |
| Perry J. Rowan & Rose M. Rowan f/k/a Rose M. Lohr, | ) CHAPTER 13 |
| | ) |
| | ) RELATED TO DOCKET NO. 123 |
| Debtors. | ) |
| | ) |
| First National Bank of Pennsylvania, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| Perry J. Rowan & Rose M. Rowan f/k/a Rose M. Lohr, Debtors; Kimberly Kreuzer; and Ronda J. Winnecour, Trustee; | ) |
| | ) |
| Respondents. | ) |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

      I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on   April 20  , 20 18  .

      The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was <u>Either First Class Mail and/or Electronic Notification</u>.

**SERVICE BY FIRST CLASS MAIL**
Perry J. Rowan & Rose M. Rowan, Debtors
240 Kovalchecks Road
Carmichaels, PA  15320

Kimberly Kruezer
1565 East Roy Furman Highway
Carmichaels, PA  15320

**SERVICE BY ELECTRONIC NOTIFICATION**
Brian C. Thompson, Esquire
Thompson Law Group, PC
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA  15086
E-mail:  bthompson@ThompsonAttorney.com

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
E-mail:  cmecf@chapter13trusteewdpa.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
E-mail:  ustpregion03.pi.ecf@usdoj.gov


Dated:   4/20/18              By:     /s/ David W. Raphael
                                      David W. Raphael, Esquire
                                      PA ID No. 200598
                                      Attorney for First National Bank of
                                        Pennsylvania
                                      One Gateway Center, 9th Floor
                                      Pittsburgh, PA  15222
                                      412-281-7650
                                      E-mail:  draphael@grenenbirsic.com