IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-24757-CMB |
| | ) | |
| Perry J. Rowan, and | ) | |
| Rose M. Rowan, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 120 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | May 4, 2018 at 11:00 A.M. |
| | ) | |
| No Respondent. | ) | **ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, the **FIRST INTERIM APPLICATION OF THOMPSON LAW GROUP, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of **$10,424.21** for services rendered on behalf of the Debtor(s) for the period between December 27, 2016 through March 23, 2018, which represents $10,310.00 in fees and $114.21 in costs.

Date: _April 26, 2018_

_Carlota M. Böhm_
U.S. Bankruptcy Court Judge          kmt

FILED
4/26/18 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-24757-CMB
Perry J. Rowan                                                      Chapter 13
Rose M. Rowan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: kthe              Page 1 of 1              Date Rcvd: Apr 26, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2018.
db/jdb         +Perry J. Rowan,    Rose M. Rowan,    240 Kovalchecks Road,    Carmichaels, PA 15320-2656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
              Debra Lee Hovatter    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY
               dhovatter@spilmanlaw.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James   Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               PitEcf@weltman.com
              Jeremy J. Kobeski    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              Kelly M. Neal    on behalf of Creditor    Caterpillar Financial Services Corporation
               kelly.neal@bipc.com,   donna.curcio@bipc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com,
               pwilson@ecf.epiqsystems.com
              Peter S. Russ    on behalf of Creditor    Caterpillar Financial Services Corporation
               peter.russ@bipc.com,   steven.dewick@bipc.com;donna.curcio@bipc.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sally E. Edison    on behalf of Creditor    Branch Banking and Trust sedison@spilmanlaw.com,
               tcollins@spilmanlaw.com
              Travis   Knobbe    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY tknobbe@spilmanlaw.com,
               jsteer@spilmanlaw.com
                                                                                             TOTAL: 16