IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **16-24757** |
| **Perry J. Rowan** | : | |
| **Rose M. Rowan** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Perry J. Rowan** | : | |
| **Rose M. Rowan** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  **Brian C. Thompson, Esquire PA-91197**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

First National Bank
3320 E State Street
Hermitage PA 16148-0000

David W. Raphael, Esquire
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

By: **/s/ Brian C. Thompson, Esquire**
  Signature
  **Brian C. Thompson, Esquire PA-91197**
  Typed Name
  **125 Warrendale-Bayne Road**
  **Suite 200**
  **Warrendale, PA 15086**
  Address
  **724-799-8404 Fax:724-799-8409**
  Phone No.
  **PA-91197 PA**
  List Bar I.D. and State of Admission