UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | PERRY J. & ROSE M. ROWAN |
| **Case Number:** | 16-24757-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 23, 2018 10:30 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/27/18 8:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#72 - Final Confirmation of Plan Dated 9/14/2017 (NFC)
#109 Limited Objection by: Caterpillar Financial Services Corporation
R / M #:  72 / 0

*Appearances:*

Debtor: Lamon[?]
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor: Wambodt[?] for Fifth Third

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11/8/18 at 2:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Awaiting 506 US
Fifth Third - to
be filed within 30
days

8/16/2018  10:58:31 AM