**Form 205**

| UNITED STATES BANKRUPTCY COURT | 146 – 145 |
|---|---|
| WESTERN DISTRICT OF PENNSYLVANIA | gamr |

In re:   Bankruptcy Case No.: 16–24757–CMB

Chapter: 13
Hearing Date: 6/5/19 at 10:00 AM

**Perry J. Rowan**          Rose M. Rowan
    Debtor(s)              fka Rose M. Lohr

**Order Setting Hearing On Objection To Plan**

   **AND NOW,** this The 10th of May, 2019, **IT IS HEREBY ORDERED** that a nonevidentiary hearing will be held on the objection to plan filed on behalf of Caterpillar Financial Services Corporation on 6/5/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   **IT IS FURTHER ORDERED** that responses to the objection shall be filed with (i.e. must be received by) the Clerk of the Bankruptcy Court and served on the moving party and its counsel and trustee not later than 5/29/19.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-24757-CMB
Perry J. Rowan                                                              Chapter 13
Rose M. Rowan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: May 10, 2019
                              Form ID: 205            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db/jdb         +Perry J. Rowan,    Rose M. Rowan,    240 Kovalchecks Road,    Carmichaels, PA 15320-2656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,    mcupec@grenenbirsic.com
              Debra Lee Hovatter    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY
               dhovatter@spilmanlaw.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James   Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               PitEcf@weltman.com
              Jeremy J. Kobeski    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              Kelly M. Neal    on behalf of Creditor    Caterpillar Financial Services Corporation
               kelly.neal@bipc.com,    donna.curcio@bipc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com,
               pwilson@ecf.axosfs.com
              Peter S. Russ    on behalf of Creditor    Caterpillar Financial Services Corporation
               peter.russ@bipc.com,    steven.dewick@bipc.com;donna.curcio@bipc.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sally E. Edison    on behalf of Creditor    Branch Banking and Trust sedison@spilmanlaw.com,
               tcollins@spilmanlaw.com
              Travis   Knobbe    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY tknobbe@spilmanlaw.com,
               jsteer@spilmanlaw.com
                                                                                               TOTAL: 16