PROCEEDING MEMO

Date: 06/05/2019 10:00 am

In re: Perry J. Rowan
Rose M. Rowan

Bankruptcy No. 16-24757-CMB
Chapter: 13
Doc. # 146

Appearances: Brent Lemon

Movant(s): Kelly M. Neal    ✓

Respondents: Winnecour/ Pail/ Katz/ DeSimone

Creditor(s):

Nature of Proceeding: #145 Objection of Caterpillar Financial Services Corporation To Order of Court Confirming Plan As Modified And Setting Certain Deadlines For Certain Actions

Additional Pleadings: #72 Amended Chapter 13 Plan Dated 09/14/2017; #139 Interim Order Confirming Plan As Modified Signed on 11/13/2018

Judge's Notes:

Outcome:    Consent Order to be filed within ten days.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                               Respondent(s) brief due _____ days
                               Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
6/5/19 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA