# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PERRY J. ROWAN<br>and<br>ROSE M. ROWAN,<br><br>Debtors. | Case No. 16-24757-cmb<br>Chapter 13<br><br>Related to Doc. No. 142, 145<br><br>Hearing Date:  June 5, 2019, 10:00 a.m.<br>Objection Deadline: May 10, 2019 |

## CONSENT ORDER OF COURT

AND NOW, this _____ day of June, 2019, upon consideration of the Objection (Dkt. 145) of Caterpillar Financial Services Corporation ("CAT Financial") to Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions (Dkt. 142) ("Order") and following the hearing held on June 4, 2019, it is hereby

ORDERED, ADJUDGED, and DECREED that the added language to Section 1(H) of the Order, solely as that section relates to CAT Financial, is amended and restated as follows:

> "Caterpillar Financial Services Corporation shall not be entitled to a secured claim due to surrender of the collateral.  Nothing in this Order shall affect the unsecured claim asserted by Caterpillar Financial Services Corporation (Claim No. 17-2)."

_____
HON. CARLOTA M. BÖHM
Chief United States Bankruptcy Court Judge

Dated:  Pittsburgh, PA
    _____ __, 2019

Prepared by:

*/s/ Kelly M. Neal*
Kelly M. Neal (Pa. Id. No. 306473)
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Tel: (412) 562-8800/Fax: (412) 562-1041
Kelly.neal@bipc.com
*Attorneys for Caterpillar Financial Services Corporation*


Consented to by:

*/s/ Brian C. Thompson (by email consent 6-7-19)*
Brian C. Thompson, Esquire
Attorney for the Debtors
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
bthompson@thompsonattorney.com
*Counsel for Debtor*


*/s/ Owen Katz (by email consent 6-7-19)*
Owen Katz, Esquire
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh  PA  15219
(412) 471-5566 x3124
Fax (412) 471-5470
Email: okatz@chapter13trusteewdpa.com
*Trustee*

4848-5570-1144, v. 2