IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PERRY J. ROWAN<br>and<br>ROSE M. ROWAN,<br><br>    Debtors. | Case No. 16-24757-cmb<br>Chapter 13<br><br>Related to Doc. No. 142, 145 |

## CONSENT ORDER OF COURT

AND NOW, this __19th__ day of June, 2019, upon consideration of the Objection (Dkt. 145) of Caterpillar Financial Services Corporation ("CAT Financial") to Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions (Dkt. 142) ("Order") and following the hearing held on June 4, 2019, it is hereby

ORDERED, ADJUDGED, and DECREED that the added language to Section 1(H) of the Order, solely as that section relates to CAT Financial, is amended and restated as follows:

> "Caterpillar Financial Services Corporation shall not be entitled to a secured claim due to surrender of the collateral. Nothing in this Order shall affect the unsecured claim asserted by Caterpillar Financial Services Corporation (Claim No. 17-2)."

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
6/19/19 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Prepared by:

/s/ Kelly M. Neal
Kelly M. Neal (Pa. Id. No. 306473)
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Tel: (412) 562-8800/Fax: (412) 562-1041
Kelly.neal@bipc.com
*Attorneys for Caterpillar Financial Services Corporation*


Consented to by:

/s/ Brian C. Thompson (by email consent 6-7-19)
Brian C. Thompson, Esquire
Attorney for the Debtors
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
bthompson@thompsonattorney.com
*Counsel for Debtor*


/s/ Owen Katz (by email consent 6-7-19)
Owen Katz, Esquire
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh PA 15219
(412) 471-5566 x3124
Fax (412) 471-5470
Email: okatz@chapter13trusteewdpa.com
*Trustee*

4848-5570-1144, v. 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24757-CMB
Perry J. Rowan                                                        Chapter 13
Rose M. Rowan
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1           Date Rcvd: Jun 19, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
db/jdb         +Perry J. Rowan,    Rose M. Rowan,    240 Kovalchecks Road,    Carmichaels, PA 15320-2656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
              Debra Lee Hovatter    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY
               dhovatter@spilmanlaw.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               PitEcf@weltman.com
              Jeremy J. Kobeski    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              Kelly M. Neal    on behalf of Creditor    Caterpillar Financial Services Corporation
               kelly.neal@bipc.com,  donna.curcio@bipc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com,
               pwilson@ecf.axosfs.com
              Peter S. Russ    on behalf of Creditor    Caterpillar Financial Services Corporation
               peter.russ@bipc.com,  steven.dewick@bipc.com;donna.curcio@bipc.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sally E. Edison    on behalf of Creditor    Branch Banking and Trust sedison@spilmanlaw.com,
               tcollins@spilmanlaw.com
              Travis Knobbe    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY tknobbe@spilmanlaw.com,
               jsteer@spilmanlaw.com
                                                                                             TOTAL: 16