## PROCEEDING MEMO

Date: 10/11/2019 10:00 am

In re: Perry J. Rowan
Rose M. Rowan

Bankruptcy No. 16-24757-CMB
Chapter: 13
Doc. # 153

Appearances:

Movant(s): Ann E. Swartz

Respondents: Winnecour/ Pail/ Katz/ DeSimone

Creditor(s):

Nature of Proceeding: #153 Motion of The Huntington National Bank, or its successor or assignee, For Relief From Automatic Stay Under Section 362(a)

Additional Pleadings:

Judge's Notes: *Motion granted / No one appeared / Order entered*

Outcome:

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
10/11/19 4:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA