UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Perry J. Rowan and Rose M. Rowan fka Rose M. Lohr<br>  Debtors<br><br>The Huntington National Bank, or its Successor or Assignee<br>  Movant<br><br>vs.<br><br>Ronda J. Winnecour<br>Perry J. Rowan and Rose M. Rowan fka Rose M. Lohr<br>  Respondents | Chapter 13<br><br>Bankruptcy No. 16-24757-CMB<br><br>Related to: Document No. 153 |

## ORDER

Upon consideration of the Motion for Relief from Stay, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED to permit The Huntington National Bank, or its Successor or Assignee, to repossess its vehicle, and, without limitation, to exercise any other rights it has under the Loan Agreement or with respect to the vehicle known as 2013 Dodge Ram Vin: 3C6UR5HLXDG540242.

Prepared by: Lisa Tok

Dated: October 11, 2019

United States Bankruptcy Judge

cc.:
Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

FILED
10/11/19 4:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-24757-CMB
Perry J. Rowan                                                  Chapter 13
Rose M. Rowan
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: gamr              Page 1 of 1          Date Rcvd: Oct 11, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db/jdb         +Perry J. Rowan,   Rose M. Rowan,   240 Kovalchecks Road,   Carmichaels, PA 15320-2656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   The Huntington National Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Brian C. Thompson    on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
              David W. Raphael    on behalf of Creditor   First National Bank of Pennsylvania
               draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
              Debra Lee Hovatter    on behalf of Creditor   BRANCH BANKING AND TRUST COMPANY
               dhovatter@spilmanlaw.com
              Donna M. Donaher    on behalf of Creditor   First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor   Fifth Third Bank bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor   Bank Of America, N.A. pawb@fedphe.com
              James P. Valecko    on behalf of Creditor   Ford Motor Credit Company LLC jvalecko@weltman.com,
               PitEcf@weltman.com
              Jeremy J. Kobeski    on behalf of Creditor   Bank Of America, N.A. pawb@fedphe.com
              Kelly M. Neal    on behalf of Creditor   Caterpillar Financial Services Corporation
               kelly.neal@bipc.com,  donna.curcio@bipc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com,
               pwilson@ecf.axosfs.com
              Peter S. Russ    on behalf of Creditor   Caterpillar Financial Services Corporation
               peter.russ@bipc.com,  steven.dewick@bipc.com;donna.curcio@bipc.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sally E. Edison    on behalf of Creditor   Branch Banking and Trust sedison@spilmanlaw.com,
               tcollins@spilmanlaw.com
              Travis Knobbe    on behalf of Creditor   BRANCH BANKING AND TRUST COMPANY tknobbe@spilmanlaw.com,
               dambrose@spilmanlaw.com
                                                                                              TOTAL: 17