# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Perry J. Rowan  
       Rose M.. Rowan fka Rose M. Lohr

CHAPTER 13

BKY. NO. 16-24757 CMB

Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich  
Maria Miksich  
18 Dec 2020, 10:46:28, EST

Brian C. Nicholas, Esq. (317240) ☐  
Maria D. Miksich, Esq. (319383) ☑  
Rebecca A. Solarz, Esq. (315936) ☐  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com