**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/09/2021

IN RE:

PERRY J. ROWAN
ROSE M. ROWAN
240 KOVALCHECKS ROAD
CARMICHAELS, PA  15320
XXX-XX-5927          Debtor(s)

XXX-XX-6035

Case No. 16-24757 CMB

Chapter 13

---

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

---

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/9/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **BUCHANAN INGERSOLL**<br>ONE OXFORD CENTRE<br>301 GRANT ST 20TH FL<br><br>PITTSBURGH, PA 15219-1410 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CATERPILLAR FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA**<br>PO BOX 660933<br><br><br>DALLAS, TX 75266 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 19<br><br>CLAIM: 0.00<br>COMMENT: CL19GOVS*671.98/PL*656.22x(60+2)=LMT*BGN 5/17 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4882 |
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION**<br>1830 EAST PARIS SE MS#RSCB3E<br><br>GRAND RAPIDS, MI 49546 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 6,901.41<br>COMMENT: 5304/SCH*2bAVD/PL | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8130 |
| **AMERICAN EXPRESS BANK FSB**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 21<br><br>CLAIM: 5,686.68<br>COMMENT: 2937/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1003 |
| **AMERICAN EXPRESS BANK FSB**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 20<br><br>CLAIM: 653.88<br>COMMENT: 2574/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **BANK OF THE WEST**<br>2527 CAMINO RAMON<br><br><br>SAN RAMON, CA 94583 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8897 |
| **BRANCH BANKING&TRUST CO/BB&T(*)**<br>BK SECTION 100 50 01 51<br>POB 1847<br><br>WILSON, NC 27894-1847 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 9,900.11<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4807 |
| **BRANCH BANKING&TRUST CO/BB&T(*)**<br>BK SECTION 100 50 01 51<br>POB 1847<br><br>WILSON, NC 27894-1847 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 3-2<br><br>CLAIM: 0.00<br>COMMENT: R/S COE*UNS/SCH*LOAN MATURED 1/6/17*AMD*CL=0*DK*W/57 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2504 |
| **BLACK DIAMOND EQUIPMENT RENTAL**<br>2080 RAIL ST<br><br><br>MORGANTOWN, WV 26501 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1542 |
| **BROWN AND JOSEPH**<br>PO BOX 59838<br><br><br>SCHAUMBURG, IL 60159 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7212 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CATERPILLAR FINANCIAL SVCS**<br>2120 W END AVE<br><br>NASHVILLE, TN 37203 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9916 |
| **CATERPILLAR FINANCIAL SVCS**<br>2120 W END AVE<br><br>NASHVILLE, TN 37203 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9916 |
| **CATERPILLAR FINANCIAL SVCS**<br>2120 W END AVE<br><br>NASHVILLE, TN 37203 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1206 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4771 |
| **PYOD LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 2,771.03<br>COMMENT: 5927/SCH*CITIBANK/TRACTOR SUPPLY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8765 |
| **COHN AND DUSSI LLC**<br>500 W CUMMINGS PARK STE 2350<br><br>WOBURN, MA 01801 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6536 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 7 | CLAIM: 754.83<br>COMMENT: 5029/SCH*GANDER MOUNTAIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6563 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 4,658.97<br>COMMENT: 0339/SCH*TOTAL REWARDS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1196 |
| **CREDENCE RESOURCE MANAGEMENT**<br>17000 DALLAS PKWY STE 204<br><br>DALLAS, TX 75248 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5927 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 10 | CLAIM: 11,911.72<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2719 |

| Creditor | Claim Info | Details |
|---|---|---|
| **FIFTH THIRD BANK**<br>PO BOX 637640<br><br>CINCINNATI, OH  45263-7640 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2719 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1775 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 5,080.63<br>COMMENT: 5927/SCH*W/49 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9750 |
| **HILLMEADE APARTMENTS**<br>6800 HWY 70 S<br><br>NASHVILLE, TN  37221 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5927 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH  43231 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 19,866.69<br>COMMENT: W/59 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8373 |
| **LEASE OPERATIONS**<br>111 EXECUTIVE CENTER DR STE 102<br><br>COLUMBIA, SC  29210 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8311 |
| **MEDICWEST AMBULANCE INC**<br>POB 3429<br><br>MODESTO, CA  95353 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3516 |
| **NASHVILLE ELECTRONICS SERVICES**<br>1214 CHURCH ST<br><br>NASHVILLE, TN  37246 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4394 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br><br>PORTLAND, OR  97208 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 11,430.27<br>COMMENT: 5927/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6035 |
| **ONE MAIN FINANCIAL GROUP LLC - A/S/F WELL**<br>C/O ONE MAIN*<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 7,848.96<br>COMMENT: 2534/SCH*LOAN BGN 6/11/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9000 |

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc / Account |
|---|---|---|---|
| **PENNSYLVANIA ASSOCIATION OF CREDIT MAN.**<br>3737 LIBRARY ROAD<br><br>PITTSBURGH, PA  15234 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7872 |
| **TIM MCCURDY - Q & M CONSTRUCTION**<br>1066 FISH RIDGE RD<br><br>CAMERON, WV  26033 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  13,377.50<br>COMMENT:  5927~NO$/SCH*STMT THRU 3/2/16 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br><br>GIBBSBORO, NJ  08026 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  R919 |
| **SHEFFIELD FINANCIAL/B B & T\***<br>ATTN BKRPTCY SECTION / 100-50-01-51<br>POB 1847<br>WILSON, NC  27894-1847 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  3,482.75<br>COMMENT:  3747/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4727 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~LOWES/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9033 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~WALMART/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6094 |
| **THD/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3354 |
| **TIME PAYMENT CORP\***<br>1600 DISTRICT AVE STE 200<br><br>BURLINGTON, MA  01803 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5376 |
| **TOTAL REWARDS VISA**<br>PO BOX 659584<br><br>SAN ANTONIO, TX  78265 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1196 |
| **TRACTOR SUPPLY/CBSD**<br>PO BOX 6500<br><br>SIOUS FALLS, SD  57117 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1779 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WADES BODY & FRAME SHOP INC**<br>71 N MAIDEN<br>WAYNESBURG, PA  15370 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5927 |
| **WHOLE SOLUTIONS**<br>1217 SALT SPRINGS RD<br>MONERAL RIDGE, OH  44440 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 71IN |
| **ALLIED INTERSTATE LLC++**<br>PO BOX 361445<br>COLUMBUS, OH  43236-1445 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NAVITAS CREDIT CORP**<br>C/O COHN & DUSSI LLC<br>500 WEST CUMMINGS PARK STE 2350<br>WOBURN, MA  01801 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 38,035.41<br>COMMENT: NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6536 |
| **BRANCH BANKING&TRUST CO/BB&T(\*)**<br>BK SECTION 100 50 01 51<br>POB 1847<br>WILSON, NC  27894-1847 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 50.27<br>COMMENT: ACCT NT/SCH*INSUFF POD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9470 |
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION\*\*<br>1830 EAST PARIS SE MS#RSCB3E<br>GRAND RAPIDS, MI  49546 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 0.00<br>COMMENT: CMBD @ CID 3 | | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8130 |
| **BRANCH BANKING&TRUST CO/BB&T(\*)**<br>BK SECTION 100 50 01 51<br>POB 1847<br>WILSON, NC  27894-1847 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:12-2<br>CLAIM: 0.00<br>COMMENT: AMD CL=0*DUP OF CL 3*DK*W/55 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2504 |
| **FORD MOTOR CREDIT COMPANY LLC(\*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI  48255-0953 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 0.00<br>COMMENT: CL13GOVS@LTCD*PMT/PL*310.75x(60+2)=LMT*BGN 10/17-CONF | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5238 |
| **FIRST NATIONAL BANK OF PA(\*)**<br>LOAN ADJUSTMENT DEPT\*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 0.00<br>COMMENT: SURR/PL*NO SEC/SCH-PL*LOAN MATURED 12/3/04*W/23*CL=15k | | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 9750 |
| **CATERPILLAR FINANCIAL SVCS**<br>2120 W END AVE<br>NASHVILLE, TN  37203 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:17-2<br>CLAIM: 0.00<br>COMMENT: RS/OE*NT/SCH-PL*W/51*NO SEC'D/CONF*AMD CL=0*DK | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Claim Info | Description |
|---|---|---|
| **CATERPILLAR FINANCIAL SVCS**<br>2120 W END AVE<br><br>NASHVILLE, TN 37203 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 17-2<br><br>CLAIM: 561,121.87<br>COMMENT: NT/SCH*W/50*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA****<br>PO BOX 660933<br><br>DALLAS, TX 75266 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: 19<br><br>CLAIM: 656.23<br>COMMENT: CL19GOVS*NO ARRS/PL*THRU 4/17 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4882 |
| **GRENEN & BIRSIC PC (FRMRLY DAVID W RAPH**<br>1 GATEWAY CENTER - 9TH FL<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FNB OF PA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRENEN & BIRSIC PC (FRMRLY DAVID W RAPH**<br>1 GATEWAY CENTER - 9TH FL<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FNB OF PA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRANCH BANKING&TRUST CO/BB&T(*)**<br>BK SECTION 100 50 01 51<br>POB 1847<br>WILSON, NC 27894-1847 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: 12-2<br><br>CLAIM: 91,694.91<br>COMMENT: NO GEN UNS/SCH*AMD*DEFICIENCY?*W/47*PAY WHICH?~SEE CID 57 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2504 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: RS/OE*/AMD SCH D 7/23/18*NT PROV/PL*DOE/RS*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: |
| **BRANCH BANKING&TRUST CO/BB&T(*)**<br>BK SECTION 100 50 01 51<br>POB 1847<br>WILSON, NC 27894-1847 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: 3-2<br><br>CLAIM: 92,246.14<br>COMMENT: DFNCY BAL*AMD*W/3*PAY WHICH?~SEE CID 55 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2504 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BOA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH 43231 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=0*W/25 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8373 |