# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Perry J. Rowan, and | : | Bankruptcy No.: 16-24757-CMB |
| Rose M. Rowan, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| Thompson Law Group, P.C., | : | Document No.: |
| | : | |
| Applicant, | : | Related to Document No.: 169, 170 |
| | : | |
| vs. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | June 28, 2022 at 11:00 a.m. |
| No Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING FIRST INTERIM APPLICATION OF THOMPSON LAW GROUP, P.C. FOR COMPENSATIN AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the First Interim Application for Compensation filed on May 19, 2022 at Document No. 169 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appear thereon. Pursuant to the Order Setting Hearing at Document No. 170, Objections were to be filed and served no later than June 5, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 169 be entered by the Court.

Date: June 6, 2022

s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com