IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Perry J. Rowan, and<br>Rose M. Rowan,<br><br>Debtors.<br>_____<br>Thompson Law Group, P.C.,<br><br>Applicant,<br><br>vs.<br><br>No Respondents,<br><br>No Respondent. | Bankruptcy No.: 16-24757-CMB<br><br>Chapter 13<br><br>Related to: Document Nos. 172 and 176 |

**ORDER OF COURT**

AND NOW, upon consideration of Motion to Withdraw Certificate of Service at Document No. 172, it is hereby ORDERED, ADJUDGED and DECREED that the Certificate of Service is hereby WITHDRAWN.

Date: June 7, 2022

Carlota M. Böhm                                      glb
Chief United States Bankruptcy Judge

FILED
6/7/22 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 16-24757-CMB
Perry J. Rowan                                                                              Chapter 13
Rose M. Rowan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                       User: auto                       Page 1 of 2
Date Rcvd: Jun 07, 2022              Form ID: pdf900              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Perry J. Rowan, Rose M. Rowan, 240 Kovalchecks Road, Carmichaels, PA 15320-2656 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:

**Name**                **Email Address**

Brian Nicholas
                        on behalf of Creditor Bank Of America  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
                        on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com

Brian C. Thompson
                        on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com
                        blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
                        on behalf of Plaintiff Perry J. Rowan bthompson@ThompsonAttorney.com
                        blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson

| | |
|---|---|
| | on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |
| | on behalf of Plaintiff Rose M. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| David W. Raphael | |
| | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Debra Lee Hovatter | |
| | on behalf of Creditor BRANCH BANKING AND TRUST COMPANY dhovatter@spilmanlaw.com |
| Donna M. Donaher | |
| | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| James A. Prostko | |
| | on behalf of Creditor Bank Of America  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James P. Valecko | |
| | on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com  PitEcf@weltman.com |
| Jeremy J. Kobeski | |
| | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com, mcupec@grenenbirsic.com |
| Kelly M. Neal | |
| | on behalf of Creditor Caterpillar Financial Services Corporation kelly.neal@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| Keri P. Ebeck | |
| | on behalf of Defendant Fifth Third Bank kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor The Huntington National Bank ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | |
| | on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com  pwilson@ecf.axosfs.com |
| Peter S. Russ | |
| | on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com steven.dewick@bipc.com;donna.curcio@bipc.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Sally E. Edison | |
| | on behalf of Creditor Branch Banking and Trust sedison@spilmanlaw.com  tcollins@spilmanlaw.com |
| Travis Knobbe | |
| | on behalf of Creditor BRANCH BANKING AND TRUST COMPANY tknobbe@spilmanlaw.com  dambrose@spilmanlaw.com |

TOTAL: 21