# PROCEEDING MEMO

**Date: 07/15/2022 11:00 am**

In re:   Perry J. Rowan
         Rose M. Rowan

                                    Bankruptcy No. 16-24757-CMB
                                    Chapter: 13
                                    Doc. # 183

**Appearances:** BY ZOOM: James Warmbrodt
                             Brian Thompson

**Nature of Proceeding:** #166 Continued Hearing Re: Trustee's Motion To Dismiss

**Additional Pleadings:** #171 Response by Debtor
#184 Proceeding Memo from 06/28/2022 Hearing - Debtor's payments are approximately $14,000.00 short.  Attorney Lemon has worked out Resolution with Fifth Third Bank.  Hearing CONTINUED to 07/15/2022 at 11:00 a.m. via Zoom.  Case will be dismissed if matters are not resolved.

**Judge's Notes:**

**Outcome:** Attorney Thompson to file a document with the Court that his fee is to be paid post-petition.
        Pending Adversary to be resolved.  Settlement needs to be filed.
        $937.00 need to complete Plan
        Hearing Continued to 08/23/2022 at 10:00 a.m. via Zoom

                                      **Carlota Böhm**
                                      **Chief U.S. Bankruptcy Judge**

                                      FILED
                                      7/15/22 4:15 pm
                                      CLERK
                                      U.S. BANKRUPTCY
                                      COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24757-CMB |
| Perry J. Rowan | Chapter 13 |
| Rose M. Rowan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 15, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Perry J. Rowan, Rose M. Rowan, 240 Kovalchecks Road, Carmichaels, PA 15320-2656 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Perry J. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Brian C. Thompson
    on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
    on behalf of Plaintiff Rose M. Rowan bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Debra Lee Hovatter
    on behalf of Creditor BRANCH BANKING AND TRUST COMPANY dhovatter@spilmanlaw.com

Donna M. Donaher
    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

James A. Prostko
    on behalf of Creditor Bank Of America  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com

James P. Valecko
    on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com  PitEcf@weltman.com

Jeremy J. Kobeski
    on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com, mcupec@grenenbirsic.com

Kelly M. Neal
    on behalf of Creditor Caterpillar Financial Services Corporation kelly.neal@bipc.com
    donna.curcio@bipc.com;sean.kenny@bipc.com

Keri P. Ebeck
    on behalf of Defendant Fifth Third Bank kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen
    on behalf of Creditor The Huntington National Bank ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com  pwilson@ecf.axosfs.com

Peter S. Russ
    on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com
    steven.dewick@bipc.com;donna.curcio@bipc.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sally E. Edison
    on behalf of Creditor Branch Banking and Trust sedison@spilmanlaw.com  tcollins@spilmanlaw.com

Travis Knobbe
    on behalf of Creditor BRANCH BANKING AND TRUST COMPANY tknobbe@spilmanlaw.com  dambrose@spilmanlaw.com

TOTAL: 21