## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 16-24757-CMB |
|     Perry J. Rowan, and | ) | |
|     Rose M. Rowan, | ) | Document No. |
| | ) | |
|           Debtor. | ) | Related to Document No. |
| ------------------------------------------ | ) | |
| Thompson Law Group, P.C., | ) | |
| | ) | |
|           Applicant, | ) | |
| v. | ) | |
| | ) | |
| No Respondent. | ) | |

## STATEMENT OF COUNSEL REGARDING OUTSTANDING FEES

The undersigned counsel does hereby affirm that all outstanding attorney's fees approved by the Court in this case are to be paid by the Debtor post post-petition and are not to be paid as part of the chapter 13 plan in the above captioned case.

Dated: August 22, 2022                         /s/Brian C. Thompson, Esquire
                                                                 Brian C. Thompson
                                                                 PA ID: 91197
                                                                 Thompson Law Group, P.C.
                                                                 125 Warrendale-Bayne Road, Suite 200
                                                                 Warrendale, PA 15086
                                                                 (724) 799-8404 Telephone
                                                                 (724) 799-8409 Facsimile
                                                                 bthompson@thompsonattorney.com