**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **PERRY J. ROWAN** |
| Debtor 2 (Spouse, if filing) | **ROSE M. ROWAN** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **16-24757CMB** |

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | FIFTH THIRD BANK |
| Court claim no. (if known): | 6 |

Last 4 digits of any number you use to identify the debtor's account   8 1 3 0

Property Address: 240 KOVALCHECKS RD
CARMICHAELS PA 15320

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**   Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 0.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 0.00 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
Current monthly mortgage payment                                                $    $40.00
The next postpetition payment is due on   7 / 1 / 2022
                                          MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **PERRY J. ROWAN** | | Case number *(if known)* | **16-24757CMB** |
|---|---|---|---|---|
| | Name | | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  09/30/2022

Trustee    Ronda J. Winnecour

Address   CHAPTER 13 TRUSTEE WD PA
          600 GRANT STREET
          SUITE 3250 US STEEL TWR
          PITTSBURGH, PA  15219

Contact phone   (412) 471-5566           Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **PERRY J. ROWAN** | Case number *(if known)* **16-24757CMB** |
|---|---|---|
| | Name | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 07/26/2022 | 1240306 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 2,220.91 |
| 08/24/2022 | 1243220 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 259.09 |
| | | | | 2,480.00 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

PERRY J. ROWAN
ROSE M. ROWAN
240 KOVALCHECKS ROAD
CARMICHAELS, PA  15320

BRIAN C THOMPSON ESQ
THOMPSON LAW GROUP PC
125 WARRENDALE-BAYNE ROAD
WARRENDALE, PA  15086

FIFTH THIRD BANK
ATTN CONSUMER BKRPTCY PMT DIVISION**
1830 EAST PARIS SE MS#RSCB3E
GRAND RAPIDS, MI  49546

CHAPTER 13 BANKRUPTCY NOTICING
PO BOX 9013
ADDISON, TX  75001

BONIAL & ASSOCIATES PC
PO BOX 9013
ADDISON, TX  75001

9/30/22

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee