**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PERRY J. ROWAN
ROSE M. ROWAN
         Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
         Movant
      vs.
No Respondents.

Case No.:16-24757

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,

   2. Approve the Trustee's Report of Receipts and Disbursements,

   3. Terminate wage attachments,

   4. Revest property of the estate in the debtor(s), and

   5. Enter a final decree and close this case.

September 27, 2022

/s/  Ronda J. Winnecour
_____
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/27/2016  and confirmed on 10/25/17 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,507.10 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 72,507.10 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,748.72 | |
|   Trustee Fee | 3,223.77 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,972.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF AMERICA NA** | 0.00 | 40,685.64 | 0.00 | 40,685.64 |
|   Acct: 4882 | | | | |
| FIFTH THIRD BANK | 0.00 | 2,480.00 | 0.00 | 2,480.00 |
|   Acct: 8130 | | | | |
| BANK OF AMERICA NA** | 656.23 | 656.22 | 0.00 | 656.22 |
|   Acct: 4882 | | | | |
| BRANCH BANKING&TRUST CO/BB&T(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2504 | | | | |
| BRANCH BANKING&TRUST CO/BB&T(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2504 | | | | |
| CATERPILLAR FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 17,712.75 | 0.00 | 17,712.75 |
|   Acct: 5238 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8373 | | | | |
| FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8130 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9750 | | | | |
| | | | | 61,534.61 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PERRY J. ROWAN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| THOMPSON LAW GROUP PC | 2,235.00 | 2,235.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRIAN C THOMPSON ESQ | 5,513.72 | 5,513.72 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX3-18 | | | | |
| THOMPSON LAW GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX-6-2 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | ***N O N E*** | | | |

Unsecured

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| AMERICAN EXPRESS BANK FSB | 5,686.68 | 0.00 | 0.00 | 0.00 |
| Acct: 1003 | | | | |
| AMERICAN EXPRESS BANK FSB | 653.88 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| BANK OF THE WEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8897 | | | | |
| BRANCH BANKING&TRUST CO/BB&T(*) | 9,900.11 | 0.00 | 0.00 | 0.00 |
| Acct: 4807 | | | | |
| BLACK DIAMOND EQUIPMENT RENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1542 | | | | |
| BROWN AND JOSEPH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7212 | | | | |
| CATERPILLAR FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9916 | | | | |
| CATERPILLAR FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9916 | | | | |
| CATERPILLAR FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1206 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4771 | | | | |
| PYOD LLC - ASSIGNEE | 2,771.03 | 0.00 | 0.00 | 0.00 |
| Acct: 8765 | | | | |
| COHN & DUSSI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6536 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 754.83 | 0.00 | 0.00 | 0.00 |
| Acct: 6563 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 4,658.97 | 0.00 | 0.00 | 0.00 |
| Acct: 1196 | | | | |
| CREDENCE RESOURCE MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5927 | | | | |
| DISCOVER BANK(*) | 11,911.72 | 0.00 | 0.00 | 0.00 |
| Acct: 2719 | | | | |
| FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2719 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1775 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 5,080.63 | 0.00 | 0.00 | 0.00 |
| Acct: 9750 | | | | |
| HILLMEADE APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5927 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 19,866.69 | 0.00 | 0.00 | 0.00 |
| Acct: 8373 | | | | |
| LEASE OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8311 | | | | |
| MEDICWEST AMBULANCE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3516 | | | | |
| NASHVILLE ELECTRONICS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4394 | | | | |
| US DEPARTMENT OF EDUCATION | 11,430.27 | 0.00 | 0.00 | 0.00 |
| Acct: 6035 | | | | |
| ONE MAIN FINANCIAL GROUP LLC - A/S/F | 7,848.96 | 0.00 | 0.00 | 0.00 |
| Acct: 9000 | | | | |
| PENNSYLVANIA ASSOCIATION OF CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7872 | | | | |
| TIM MCCURDY - Q & M CONSTRUCTION | 13,377.50 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: R919 | | | | |

16-24757

Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| SHEFFIELD FINANCIAL/B B & T*<br>Acct: 4727 | 3,482.75 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK++<br>Acct: 9033 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK++<br>Acct: 6094 | 0.00 | 0.00 | 0.00 | 0.00 |
| THD/CBSD<br>Acct: 3354 | 0.00 | 0.00 | 0.00 | 0.00 |
| TIME PAYMENT CORP<br>Acct: 5376 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL REWARDS VISA<br>Acct: 1196 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRACTOR SUPPLY/CBSD<br>Acct: 1779 | 0.00 | 0.00 | 0.00 | 0.00 |
| WADES BODY & FRAME SHOP INC<br>Acct: 5927 | 0.00 | 0.00 | 0.00 | 0.00 |
| WHOLE SOLUTIONS<br>Acct: 71IN | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVITAS CREDIT CORP<br>Acct: 6536 | 38,035.41 | 0.00 | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB&T(*)<br>Acct: 9470 | 50.27 | 0.00 | 0.00 | 0.00 |
| CATERPILLAR FINANCIAL SVCS<br>Acct: | 561,121.87 | 0.00 | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB&T(*)<br>Acct: 2504 | 91,694.91 | 0.00 | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB&T(*)<br>Acct: 2504 | 92,246.14 | 0.00 | 0.00 | 0.00 |
| BUCHANAN INGERSOLL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRENEN & BIRSIC PC (FRMRLY DAVID W<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRENEN & BIRSIC PC (FRMRLY DAVID W<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLIED INTERSTATE LLC++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***N O N E***

TOTAL PAID TO CREDITORS                    61,534.61

TOTAL CLAIMED
PRIORITY              0.00
SECURED            656.23
UNSECURED      880,572.62

Date: 09/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  PERRY J. ROWAN
  ROSE M. ROWAN
        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:16-24757

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-24757-CMB

Perry J. Rowan Chapter 13

Rose M. Rowan

Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Perry J. Rowan, Rose M. Rowan, 240 Kovalchecks Road, Carmichaels, PA 15320-2656 |
| cr | + | Branch Banking and Trust, c/o Sally E. Edison, Spilman Thomas & Battle, PLLC, One Oxford Centre, Suite 3440, 301 Grant Street Pittsburgh, PA 15219-1407 |
| cr | + | Caterpillar Financial Services Corporation, Buchanan Ingersoll & Rooney PC, c/o Peter S. Russ, Esq., One Oxford Centre, 301 Grant Street, 20th Floor Pittsburgh, PA 15219-1412 |
| cr | + | Caterpillar Financial Services Corporation, Buchanan Ingersoll & Rooney PC, c/o Kelly M. Neal, Esq., One Oxford Centre, 301 Grant Street, 20th Floor Pittsburgh, PA 15219-1412 |
| 14341256 | + | Bank of the West, Bank Card Center, PO Box 84043, Columbus, GA 31908-4043 |
| 14341259 | + | Brown & Joseph, PO Box 59838, Schaumburg, IL 60159-0838 |
| 14635019 | + | Caterpillar Financial Services Corporation, c/o Peter S. Russ, Esq., Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th fl., Pittsburgh, PA 15219-1400 |
| 14885452 | | David W. Raphael, Esquire, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14799104 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14341271 | + | Hillmeade Apartments, 6800 Highway 70 South, Nashville, TN 37221-2271 |
| 14341273 | + | Lease Operations, 111 Executive Center Drive, Suite 102, Columbia, SC 29210-8414 |
| 14341274 | + | MedicWest Ambulance, Inc,, 50 south Main Street, Suite 401, Akron, OH 44308-1829 |
| 14341263 | + | Navitas Credit Corp., c/o Cohn & Dussi, LLC, 500 West Cummings Park, Suite 2350, Woburn, MA 01801-6544 |
| 14341276 | + | Navitas Credit Corp., 814 US Highway A1A N Ste 201, Ponte Vedra Beach, FL 32082-3269 |
| 14341279 | + | Pennsylvania Association of Credit Mgmt., 3737 Library Road, Pittsburgh, PA 15234-2232 |
| 14341280 | + | Q&M Construction, 1066 Fish Rdige Road, Cameron, WV 26033-2316 |
| 14341281 | + | Quality Asset Recovery, 7 Foster Ave, Ste 101, Gibbsboro, NJ 08026-1191 |
| 14341289 | + | Wade's Body & Frame Shop, 71 N. Maiden Street, Waynesburg, PA 15370-1713 |
| 14341290 | + | Whole Solutions, 1217 Salt Springs Road, Mineral Ridge, OH 44440-9331 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@bbandt.com | Sep 28 2022 23:19:00 | BRANCH BANKING AND TRUST COMPANY, Branch Banking and Trust Company, 50 Aviemore Court, Pinehurst, NC 28374, UNITED STATES 28374-9732 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 28 2022 23:19:00 | First National Bank of Pennsylvania, c/o Donna Donaher, One North Shore Center, 12 Federal Street, First Floor, Pittsburgh, PA 15212-5752 |
| 14341254 | + | Email/PDF: bncnotices@becket-lee.com | Sep 28 2022 23:22:42 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14341253 | + | Email/PDF: bncnotices@becket-lee.com | Sep 28 2022 23:22:31 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14344738 | | Email/PDF: bncnotices@becket-lee.com | Sep 28 2022 23:22:37 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

District/off: 0315-2                          User: auto                                        Page 2 of 4
Date Rcvd: Sep 28, 2022                       Form ID: pdf900                                    Total Noticed: 58

| | | | |
|---|---|---|---|
| 14341255 | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 28 2022 23:18:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 14658986 | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 28 2022 23:18:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14341257 | + Email/Text: bankruptcy@bbandt.com | Sep 28 2022 23:19:00 | BB&T, PO Box 580340, Charlotte, NC 28258-0340 |
| 14400657 | + Email/Text: bankruptcy@bbandt.com | Sep 28 2022 23:19:00 | BB&T, Bankruptcy Section, 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 14341260 | Email/Text: fpdbankruptcynoticesgroup@cat.com | Sep 28 2022 23:19:00 | Caterpillar Financial Services, PO Box 13834, Newark, NJ 07188 |
| 14341262 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2022 23:22:44 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14341264 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2022 23:19:00 | Comenity Bank/GNDRMNT, PO Box 182789, Columbus, OH 43218-2789 |
| 14341265 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2022 23:19:00 | Comenity Bank/Total Rewards Visa, PO Box 182789, Columbus, OH 43218-2789 |
| 14341266 | + Email/Text: bankruptcy@credencerm.com | Sep 28 2022 23:19:00 | Credence Resource Mgmt, 17000 Dallas Parkway # 204, Dallas, TX 75248-1940 |
| 14341267 | Email/Text: mrdiscen@discover.com | Sep 28 2022 23:19:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14410435 | Email/Text: mrdiscen@discover.com | Sep 28 2022 23:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14341268 | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 28 2022 23:19:00 | Fifth Third Bank, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 14341269 | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 28 2022 23:19:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14419410 | Email/Text: EBNBKNOT@ford.com | Sep 28 2022 23:19:00 | Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14405018 | + Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 28 2022 23:19:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14341270 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 28 2022 23:19:00 | First National Bank, 3320 E State Street, Hermitage, PA 16148-3301 |
| 14420142 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 28 2022 23:19:00 | First National Bank of Pennsylvania, c/o Donna Donaher, One North Shore Center, 12 Federal Street, 1st Floor, Pittsburgh, PA 15212-5752 |
| 14341272 | + Email/Text: bankruptcy@huntington.com | Sep 28 2022 23:19:00 | Huntington National Bank, PO Box 2059, Columbus, OH 43216-2059 |
| 14341261 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2022 23:22:39 | Chase, Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 14341275 | + Email/Text: NESCollections@NESPOWER.com | Sep 28 2022 23:18:00 | Nashville Electronic Services, 1214 Church Street, Nashville, TN 37246-0002 |
| 14341277 | + Email/Text: electronicbkydocs@nelnet.net | Sep 28 2022 23:19:00 | Nelnet, 3015 S Parker Rd Ste 400, Aurora, CO 80014-2904 |
| 14637956 | Email/PDF: cbp@onemainfinancial.com | Sep 28 2022 23:22:37 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14341278 | + Email/PDF: cbp@onemainfinancial.com | Sep 28 2022 23:22:39 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14406852 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2022 23:33:03 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

| 14405383 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2022 23:19:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|---|
| 14341283 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2022 23:22:23 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14341284 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2022 23:22:48 | SYNCB/Wal-Mart, PO Box 965036, Orlando, FL 32896-5036 |
| 14341282 | + | Email/Text: bankruptcy@bbandt.com | Sep 28 2022 23:19:00 | Sheffield Financial Corp, PO Box 1847, Wilson, NC 27894-1847 |
| 14341285 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2022 23:33:08 | THD/CBNA, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 14341286 | | Email/Text: marisa.sheppard@timepayment.com | Sep 28 2022 23:19:00 | Time Payment Corp., 10M Commerce Way, Woburn, MA 01801 |
| 14415845 | + | Email/Text: bankruptcy@huntington.com | Sep 28 2022 23:19:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14341287 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2022 23:19:00 | Total Rewards Visa, PO Box 659584, San Antonio, TX 78265-9584 |
| 14341288 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2022 23:22:51 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14405012 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 28 2022 23:19:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. |
| cr | | Fifth Third Bank |
| cr | | Ford Motor Credit Company LLC |
| cr | | The Huntington National Bank |
| cr | * | American Express Bank, FSB, c/o Becket and Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14885451 | *+ | First National Bank, 3320 E State Street, Hermitage PA 16148-3301 |
| 14341252 | ##+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 14341258 | ##+ | Black Diamond Equipment Rental, 2080 Rail Street, Morgantown, WV 26501-7874 |

TOTAL: 4 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-2                                User: auto                                                Page 4 of 4

Date Rcvd: Sep 28, 2022                         Form ID: pdf900                                    Total Noticed: 58

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor Bank Of America  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Rose M. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Perry J. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Debra Lee Hovatter | on behalf of Creditor BRANCH BANKING AND TRUST COMPANY dhovatter@spilmanlaw.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| James A. Prostko | on behalf of Creditor Bank Of America  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James P. Valecko | on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com  PitEcf@weltman.com |
| Jeremy J. Kobeski | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com, mcupec@grenenbirsic.com |
| Kelly M. Neal | on behalf of Creditor Caterpillar Financial Services Corporation kelly.neal@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Keri P. Ebeck | on behalf of Defendant Fifth Third Bank kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor The Huntington National Bank ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com  pwilson@ecf.axosfs.com |
| Peter S. Russ | on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com steven.dewick@bipc.com;donna.curcio@bipc.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sally E. Edison | on behalf of Creditor Branch Banking and Trust sedison@spilmanlaw.com  tcollins@spilmanlaw.com |
| Travis Knobbe | on behalf of Creditor BRANCH BANKING AND TRUST COMPANY tknobbe@spilmanlaw.com  dambrose@spilmanlaw.com |

TOTAL: 21