IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Perry J. Rowan, <br> Rose M. Rowan, <br><br> Debtors. | : <br> : <br> : <br> : <br> : | Bankruptcy No. 16-24757-CMB <br><br> Chapter 13 |
| | Perry J. Rowan, <br> Rose M. Rowan, <br><br> Movants, <br><br> v. <br><br> No Respondents <br><br> Respondent. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Document No. <br><br> Related to Document No. 14, 15 |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 25, 2017 at docket numbers 14 and 15, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtors: *Perry J. Rowan and Rose M. Rowan.* Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: September 28, 2022            /s/ [signature] 
                                     Perry J. Rowan, Debtor

Dated: September 28, 2022            /s/ [signature] 
                                     Rose M. Rowan, Debtor

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 28, 2022 | /s/Brian C. Thompson |
|  | Brian C. Thompson, Esquire |
|  | PA ID: 91197 |
|  | Thompson Law Group, P.C. |
|  | 125 Warrendale Bayne Road, Suite 200 |
|  | Warrendale, PA 15086 |
|  | (724) 799-8404 Telephone |
|  | bthompson@thompsonattorney.com |