# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Perry J Rowan  
<u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 16-24757 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Citigroup Mortgage Loan Trust 2022-A and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*  
Denise Carlon  
13 Oct 2022, 17:09:05, EDT

Brian C. Nicholas, Esq. (317240) ☐  
Denise Carlon, Esq. (317226) ☑  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com

Document ID: 0d152fe5e2faa8a5869739762119de48e7824fbfb6ada25574a0ae215f0ff288