**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Perry J. Rowan<br>Rose M. Rowan<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-24757 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Citigroup Mortgage Loan Trust 2022-A and index same on the master mailing list.

    Respectfully submitted,

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bnicholas@kmllawgroup.com