**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 16-24757-CMB |
| | ) | |
| PERRY J. ROWAN, AND | ) | |
| ROSE M. ROWAN | ) | Chapter: 13 |
|     Debtors, | ) | |
| | ) | |
| PERRY J. ROWAN, AND | ) | |
| ROSE M. ROWAN | ) | |
|     Movants, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| FIFTH THIRD BANK, | ) | |
|     Respondent. | ) | |

## NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF PERRY J. ROWAN AND ROSE M. ROWAN FOR MOTION FOR DETERMINATION OF FINAL CURE

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property*.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than November 10, 2022 [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*Y**ou should take this Notice and the Motion to a lawyer at once*.

*A Zoom Video Conference Hearing* will be held on December 13, 2022, at 10:00 a.m. before Judge Carlota M. Bohm via the ***Zoom Video Conference Application*** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. ***All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at*** https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear

telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service:  October 24, 2022

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA I.D. No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com