# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Perry J. Rowan and, Rose M. Rowan, | : : : : : : | Bankruptcy Case No.: 16-24757-CMB  Chapter 13 |
| Debtors. | | |
| Perry J. Rowan and, Rose M. Rowan, | : : : | Document No.: 206 |
| | : | Related Document No.: 195, 204, 205 |
| Movants, | : : | Related Claim No.: 6 |
| v. | : : | |
| Fifth Third Bank, | : : | **Hearing Date and Time:** December 13, 2022 at 10:00 a.m. |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Motion for Determination of Final Cure, Proposed Order and corresponding Hearing Notice on the following parties at the addresses listed below on October 24, 2022, via electronic mail and/or first class mail postage prepaid:

Fifth Third Bank
ATTN: Consumer BK PMT Division
1830 East Paris SE MS#RSCB3E
Grand Rapids, MI 49546

Bonial & Associates, PC
PO Box 9013
Addison, Texas 75001

Ronda J. Winnecour
Office of Chapter 13 Trustee
3250 USX Tower, 600 Grant Street
Pittsburgh, PA 15219

U.S. Bankruptcy Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Respectfully Submitted,

Date: October 24, 2022

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com