# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Perry J. Rowan and, Rose M. Rowan, | : : : : : | Bankruptcy Case No.: 16-24757-CMB<br><br>Chapter 13 |
| Debtors. | : | |
| Perry J. Rowan and, Rose M. Rowan, | : : : | Document No.: 209<br><br>Related Document No.: 194, 207, 208 |
| Movants, | : : | Related Claim No.: 19 |
| v. | : : | |
| Bank of America, N.A., | : : | **Hearing Date and Time:**<br>December 13, 2022 at 10:00 a.m. |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Motion for Determination of Final Cure, Proposed Order and corresponding Hearing Notice on the following parties at the addresses listed below on October 24, 2022, via electronic mail and/or first class mail postage prepaid:

Bank of America, N.A.  
PO Box 660933  
Dallas, TX 75266  

Brian C. Nicholas, Esq.  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  

Ronda J. Winnecour  
Office of Chapter 13 Trustee  
3250 USX Tower, 600 Grant Street  
Pittsburgh, PA 15219  

U.S. Bankruptcy Trustee  
970 Liberty Center  
1001 Liberty Avenue  
Pittsburgh, PA 15222  

                                                    Respectfully Submitted,

Date: <u>October 24, 2022</u>                                   /s/ Maya Rowe  
                                                                         Maya Rowe, Paralegal  
                                                                         Thompson Law Group, P.C.  
                                                                         125 Warrendale-Bayne Road, Suite 200  
                                                                         Warrendale, PA 15086  
                                                                         (724) 799-8404 Telephone  
                                                                         (724) 799-8409 Facsimile  
                                                                         mrowe@thompsonattorney.com