2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-24757-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Perry J. Rowan<br>240 Kovalchecks Road<br>Carmichaels PA 15320 | Rose M. Rowan<br>240 Kovalchecks Road<br>Carmichaels PA 15320 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/04/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 19: BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 | Citigroup Mortgage Loan Trust 2022-A<br>Serviced by Select Portfolio Servicing,<br>PO Box 65250<br>Salt Lake City, UT 84165 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/06/22

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24757-CMB |
| Perry J. Rowan | Chapter 13 |
| Rose M. Rowan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 04, 2022 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14658986 | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 04 2022 23:48:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Perry J. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |

Brian C. Thompson
    on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
    on behalf of Plaintiff Rose M. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Debra Lee Hovatter
    on behalf of Creditor BRANCH BANKING AND TRUST COMPANY dhovatter@spilmanlaw.com

Denise Carlon
    on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A dcarlon@kmllawgroup.com

Donna M. Donaher
    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

James A. Prostko
    on behalf of Creditor Bank Of America  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com

James P. Valecko
    on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com  PitEcf@weltman.com

Jeremy J. Kobeski
    on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com, mcupec@grenenbirsic.com

Kelly M. Neal
    on behalf of Creditor Caterpillar Financial Services Corporation kelly.neal@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Keri P. Ebeck
    on behalf of Defendant Fifth Third Bank kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen
    on behalf of Creditor The Huntington National Bank ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com  pwilson@ecf.axosfs.com

Peter S. Russ
    on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com steven.dewick@bipc.com;donna.curcio@bipc.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sally E. Edison
    on behalf of Creditor Branch Banking and Trust sedison@spilmanlaw.com  tcollins@spilmanlaw.com

Travis Knobbe
    on behalf of Creditor BRANCH BANKING AND TRUST COMPANY tknobbe@spilmanlaw.com  dambrose@spilmanlaw.com

TOTAL: 23