## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Perry J. Rowan and, Rose M. Rowan, | : | Bankruptcy Case No.: 16-24757-CMB |
| | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| Perry J. Rowan and, Rose M. Rowan, | : | Document No.: 218 |
| | : | |
| | : | Related Document No.: 204, 205 |
| Movants, | : | |
| | : | Related Claim No.: 6 |
| v. | : | |
| | : | |
| Fifth Third Bank, | : | **Hearing Date and Time:** |
| | : | December 13, 2022 at 10:00 a.m. |
| Respondent. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT OF ALL POST-PETITION
PAYMENTS PURSUANT TO RULE 3002.1(h)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on October 24, 2022 at Document No. 204 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Scheduling Hearing and Response Deadline at Document No. 205, objections were to be filed and served no later than November 10, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to the Motion recorded at Document No. 204 be entered by the Court.

Date: November 15, 2022

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com