| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Perry J. Rowan<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5927<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Rose M. Rowan<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6035<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  16–24757–CMB | | |

## Order of Discharge                                                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Perry J. Rowan                                               Rose M. Rowan
                                                             fka Rose M. Lohr

11/16/22                                                     **By the court:** Carlota M. Bohm
                                                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Perry J. Rowan  
Rose M. Rowan  
    Debtors

Case No. 16-24757-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Nov 16, 2022 | Form ID: 3180W | Total Noticed: 63 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Perry J. Rowan, Rose M. Rowan, 240 Kovalchecks Road, Carmichaels, PA 15320-2656 |
| cr | + | Branch Banking and Trust, c/o Sally E. Edison, Spilman Thomas & Battle, PLLC, One Oxford Centre, Suite 3440, 301 Grant Street Pittsburgh, PA 15219-1407 |
| cr | + | Caterpillar Financial Services Corporation, Buchanan Ingersoll & Rooney PC, c/o Peter S. Russ, Esq., One Oxford Centre, 301 Grant Street, 20th Floor Pittsburgh, PA 15219-1412 |
| cr | + | Caterpillar Financial Services Corporation, Buchanan Ingersoll & Rooney PC, c/o Kelly M. Neal, Esq., One Oxford Centre, 301 Grant Street, 20th Floor Pittsburgh, PA 15219-1412 |
| 14341256 | + | Bank of the West, Bank Card Center, PO Box 84043, Columbus, GA 31908-4043 |
| 14341259 | + | Brown & Joseph, PO Box 59838, Schaumburg, IL 60159-0838 |
| 14635019 | + | Caterpillar Financial Services Corporation, c/o Peter S. Russ, Esq., Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th fl., Pittsburgh, PA 15219-1400 |
| 15543535 | + | Citigroup Mortgage Loan Trust 2022-A, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14885452 | | David W. Raphael, Esquire, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14799104 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14341271 | + | Hillmeade Apartments, 6800 Highway 70 South, Nashville, TN 37221-2271 |
| 14341273 | + | Lease Operations, 111 Executive Center Drive, Suite 102, Columbia, SC 29210-8414 |
| 14341274 | + | MedicWest Ambulance, Inc,, 50 south Main Street, Suite 401, Akron, OH 44308-1829 |
| 14341263 | + | Navitas Credit Corp., c/o Cohn & Dussi, LLC, 500 West Cummings Park, Suite 2350, Woburn, MA 01801-6544 |
| 14341276 | + | Navitas Credit Corp., 814 US Highway A1A N Ste 201, Ponte Vedra Beach, FL 32082-3269 |
| 14341279 | + | Pennsylvania Association of Credit Mgmt., 3737 Library Road, Pittsburgh, PA 15234-2232 |
| 14341280 | + | Q&M Construction, 1066 Fish Rdige Road, Cameron, WV 26033-2316 |
| 14341281 | + | Quality Asset Recovery, 7 Foster Ave, Ste 101, Gibbsboro, NJ 08026-1191 |
| 14341289 | + | Wade's Body & Frame Shop, 71 N. Maiden Street, Waynesburg, PA 15370-1713 |
| 14341290 | + | Whole Solutions, 1217 Salt Springs Road, Mineral Ridge, OH 44440-9331 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Nov 17 2022 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2022 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Nov 17 2022 04:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2022 23:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

Case 16-24757-CMB   Doc 222   Filed 11/18/22   Entered 11/19/22 00:28:08   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: 3180W | Total Noticed: 63 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2022 23:57:00 | 17128-0946 BRANCH BANKING AND TRUST COMPANY, Branch Banking and Trust Company, 50 Aviemore Court, Pinehurst, NC 28374, UNITED STATES 28374-9732 |
| cr | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Nov 16 2022 23:56:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 16 2022 23:56:00 | First National Bank of Pennsylvania, c/o Donna Donaher, One North Shore Center, 12 Federal Street, First Floor, Pittsburgh, PA 15212-5752 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 16 2022 23:57:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14341254 | + | Email/PDF: bncnotices@becket-lee.com | Nov 16 2022 23:55:38 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14341253 | + | Email/PDF: bncnotices@becket-lee.com | Nov 16 2022 23:55:12 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14344738 | | Email/PDF: bncnotices@becket-lee.com | Nov 16 2022 23:55:09 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14341255 | | EDI: BANKAMER.COM | Nov 17 2022 04:48:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 14658986 | | EDI: BANKAMER.COM | Nov 17 2022 04:48:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14341257 | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2022 23:57:00 | BB&T, PO Box 580340, Charlotte, NC 28258-0340 |
| 14400657 | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2022 23:57:00 | BB&T, Bankruptcy Section, 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 14341260 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Nov 16 2022 23:57:00 | Caterpillar Financial Services, PO Box 13834, Newark, NJ 07188 |
| 14341262 | + | EDI: CITICORP.COM | Nov 17 2022 04:53:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14341264 | + | EDI: WFNNB.COM | Nov 17 2022 04:53:00 | Comenity Bank/GNDRMNT, PO Box 182789, Columbus, OH 43218-2789 |
| 14341265 | + | EDI: WFNNB.COM | Nov 17 2022 04:53:00 | Comenity Bank/Total Rewards Visa, PO Box 182789, Columbus, OH 43218-2789 |
| 14341266 | + | Email/Text: bankruptcy@credencerm.com | Nov 16 2022 23:57:00 | Credence Resource Mgmt, 17000 Dallas Parkway # 204, Dallas, TX 75248-1940 |
| 14341267 | | EDI: DISCOVER.COM | Nov 17 2022 04:53:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14410435 | | EDI: DISCOVER.COM | Nov 17 2022 04:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14341268 | | Email/Text: collectionbankruptcies.bancorp@53.com | Nov 16 2022 23:57:00 | Fifth Third Bank, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 14341269 | | Email/Text: collectionbankruptcies.bancorp@53.com | Nov 16 2022 23:57:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14419410 | | Email/Text: EBNBKNOT@ford.com | Nov 16 2022 23:57:00 | Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14405018 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Nov 16 2022 23:56:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14341270 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 16 2022 23:56:00 | First National Bank, 3320 E State Street, Hermitage, PA 16148-3301 |
| 14420142 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 16 2022 23:56:00 | First National Bank of Pennsylvania, c/o Donna |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Donaher, One North Shore Center, 12 Federal Street, 1st Floor, Pittsburgh, PA 15212-5752 |
| 14341272 | + | Email/Text: bankruptcy@huntington.com | Nov 16 2022 23:57:00 | Huntington National Bank, PO Box 2059, Columbus, OH 43216-2059 |
| 14341261 | | EDI: JPMORGANCHASE | Nov 17 2022 04:53:00 | Chase, Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 14341275 | + | Email/Text: NESCollections@NESPOWER.com | Nov 16 2022 23:56:00 | Nashville Electronic Services, 1214 Church Street, Nashville, TN 37246-0002 |
| 14341277 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 16 2022 23:57:00 | Nelnet, 3015 S Parker Rd Ste 400, Aurora, CO 80014-2904 |
| 14637956 | | EDI: AGFINANCE.COM | Nov 17 2022 04:53:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14341278 | + | EDI: AGFINANCE.COM | Nov 17 2022 04:53:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14406852 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2022 23:55:26 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14405383 | | EDI: Q3G.COM | Nov 17 2022 04:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14341283 | + | EDI: RMSC.COM | Nov 17 2022 04:53:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14341284 | + | EDI: RMSC.COM | Nov 17 2022 04:53:00 | SYNCB/Wal-Mart, PO Box 965036, Orlando, FL 32896-5036 |
| 14341282 | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2022 23:57:00 | Sheffield Financial Corp, PO Box 1847, Wilson, NC 27894-1847 |
| 14341285 | | EDI: CITICORP.COM | Nov 17 2022 04:53:00 | THD/CBNA, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 14341286 | | Email/Text: marisa.sheppard@timepayment.com | Nov 16 2022 23:57:00 | Time Payment Corp., 10M Commerce Way, Woburn, MA 01801 |
| 14415845 | + | Email/Text: bankruptcy@huntington.com | Nov 16 2022 23:57:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14341287 | + | EDI: WFNNB.COM | Nov 17 2022 04:53:00 | Total Rewards Visa, PO Box 659584, San Antonio, TX 78265-9584 |
| 14341288 | + | EDI: CITICORP.COM | Nov 17 2022 04:53:00 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14405012 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 16 2022 23:57:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. |
| cr | | Citigroup Mortgage Loan Trust 2022-A |
| cr | | Fifth Third Bank |
| cr | | Ford Motor Credit Company LLC |
| cr | | The Huntington National Bank |
| cr | * | American Express Bank, FSB, c/o Becket and Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14885451 | *+ | First National Bank, 3320 E State Street, Hermitage PA 16148-3301 |
| 14341252 | ##+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: 3180W | Total Noticed: 63 |

14341258    ##+    Black Diamond Equipment Rental, 2080 Rail Street, Morgantown, WV 26501-7874

TOTAL: 5 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Rose M. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Perry J. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Debra Lee Hovatter | on behalf of Creditor BRANCH BANKING AND TRUST COMPANY dhovatter@spilmanlaw.com |
| Denise Carlon | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A dcarlon@kmllawgroup.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| James A. Prostko | on behalf of Creditor Bank Of America N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James P. Valecko | on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com PitEcf@weltman.com |
| Jeremy J. Kobeski | on behalf of Creditor Bank Of America N.A. pawb@fedphe.com, mcupec@grenenbirsic.com |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: 3180W | Total Noticed: 63 |

Kelly M. Neal
    on behalf of Creditor Caterpillar Financial Services Corporation kelly.neal@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Keri P. Ebeck
    on behalf of Defendant Fifth Third Bank kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Marisa Myers Cohen
    on behalf of Creditor The Huntington National Bank ecfmail@ecf.courtdrive.com mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com pwilson@ecf.axosfs.com

Peter S. Russ
    on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com steven.dewick@bipc.com;donna.curcio@bipc.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sally E. Edison
    on behalf of Creditor Branch Banking and Trust sedison@spilmanlaw.com tcollins@spilmanlaw.com

Travis Knobbe
    on behalf of Creditor BRANCH BANKING AND TRUST COMPANY tknobbe@spilmanlaw.com dambrose@spilmanlaw.com

TOTAL: 23