IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PERRY J. ROWAN
ROSE M. ROWAN
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:16-24757

Chapter 13

Related to: Document No. 192

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __16th__ day of __November__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/16/22 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*    glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24757-CMB |
| Perry J. Rowan | Chapter 13 |
| Rose M. Rowan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Nov 16, 2022 | Form ID: pdf900 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Perry J. Rowan, Rose M. Rowan, 240 Kovalchecks Road, Carmichaels, PA 15320-2656 |
| cr | + | Branch Banking and Trust, c/o Sally E. Edison, Spilman Thomas & Battle, PLLC, One Oxford Centre, Suite 3440, 301 Grant Street Pittsburgh, PA 15219-1407 |
| cr | + | Caterpillar Financial Services Corporation, Buchanan Ingersoll & Rooney PC, c/o Peter S. Russ, Esq., One Oxford Centre, 301 Grant Street, 20th Floor Pittsburgh, PA 15219-1412 |
| cr | + | Caterpillar Financial Services Corporation, Buchanan Ingersoll & Rooney PC, c/o Kelly M. Neal, Esq., One Oxford Centre, 301 Grant Street, 20th Floor Pittsburgh, PA 15219-1412 |
| 14341256 | + | Bank of the West, Bank Card Center, PO Box 84043, Columbus, GA 31908-4043 |
| 14341259 | + | Brown & Joseph, PO Box 59838, Schaumburg, IL 60159-0838 |
| 14635019 | + | Caterpillar Financial Services Corporation, c/o Peter S. Russ, Esq., Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th fl., Pittsburgh, PA 15219-1400 |
| 15543535 | + | Citigroup Mortgage Loan Trust 2022-A, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14885452 | | David W. Raphael, Esquire, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14799104 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14341271 | + | Hillmeade Apartments, 6800 Highway 70 South, Nashville, TN 37221-2271 |
| 14341273 | + | Lease Operations, 111 Executive Center Drive, Suite 102, Columbia, SC 29210-8414 |
| 14341274 | + | MedicWest Ambulance, Inc,, 50 south Main Street, Suite 401, Akron, OH 44308-1829 |
| 14341263 | + | Navitas Credit Corp., c/o Cohn & Dussi, LLC, 500 West Cummings Park, Suite 2350, Woburn, MA 01801-6544 |
| 14341276 | + | Navitas Credit Corp., 814 US Highway A1A N Ste 201, Ponte Vedra Beach, FL 32082-3269 |
| 14341279 | + | Pennsylvania Association of Credit Mgmt., 3737 Library Road, Pittsburgh, PA 15234-2232 |
| 14341280 | + | Q&M Construction, 1066 Fish Rdige Road, Cameron, WV 26033-2316 |
| 14341281 | + | Quality Asset Recovery, 7 Foster Ave, Ste 101, Gibbsboro, NJ 08026-1191 |
| 14341289 | + | Wade's Body & Frame Shop, 71 N. Maiden Street, Waynesburg, PA 15370-1713 |
| 14341290 | + | Whole Solutions, 1217 Salt Springs Road, Mineral Ridge, OH 44440-9331 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2022 23:57:00 | BRANCH BANKING AND TRUST COMPANY, Branch Banking and Trust Company, 50 Aviemore Court, Pinehurst, NC 28374, UNITED STATES 28374-9732 |
| cr | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Nov 16 2022 23:56:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 16 2022 23:56:00 | First National Bank of Pennsylvania, c/o Donna Donaher, One North Shore Center, 12 Federal Street, First Floor, Pittsburgh, PA 15212-5752 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 16 2022 23:57:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14341254 | + | Email/PDF: bncnotices@becket-lee.com | Nov 16 2022 23:55:26 | American Express, PO Box 981537, El Paso, TX |

Case 16-24757-CMB   Doc 224   Filed 11/18/22   Entered 11/19/22 00:28:08   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: pdf900 | Total Noticed: 61 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 79998-1537 |
| 14341253 | + | Email/PDF: bncnotices@becket-lee.com | Nov 16 2022 23:55:38 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14344738 | | Email/PDF: bncnotices@becket-lee.com | Nov 16 2022 23:55:23 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14341255 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 16 2022 23:56:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 14658986 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 16 2022 23:56:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14341257 | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2022 23:57:00 | BB&T, PO Box 580340, Charlotte, NC 28258-0340 |
| 14400657 | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2022 23:57:00 | BB&T, Bankruptcy Section, 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 14341260 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Nov 16 2022 23:57:00 | Caterpillar Financial Services, PO Box 13834, Newark, NJ 07188 |
| 14341262 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2022 23:55:13 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14341264 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2022 23:57:00 | Comenity Bank/GNDRMNT, PO Box 182789, Columbus, OH 43218-2789 |
| 14341265 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2022 23:57:00 | Comenity Bank/Total Rewards Visa, PO Box 182789, Columbus, OH 43218-2789 |
| 14341266 | + | Email/Text: bankruptcy@credencerm.com | Nov 16 2022 23:57:00 | Credence Resource Mgmt, 17000 Dallas Parkway # 204, Dallas, TX 75248-1940 |
| 14341267 | | Email/Text: mrdiscen@discover.com | Nov 16 2022 23:56:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14410435 | | Email/Text: mrdiscen@discover.com | Nov 16 2022 23:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14341268 | | Email/Text: collectionbankruptcies.bancorp@53.com | Nov 16 2022 23:57:00 | Fifth Third Bank, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 14341269 | | Email/Text: collectionbankruptcies.bancorp@53.com | Nov 16 2022 23:57:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14419410 | | Email/Text: EBNBKNOT@ford.com | Nov 16 2022 23:57:00 | Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14405018 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Nov 16 2022 23:56:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14341270 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 16 2022 23:56:00 | First National Bank, 3320 E State Street, Hermitage, PA 16148-3301 |
| 14420142 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 16 2022 23:56:00 | First National Bank of Pennsylvania, c/o Donna Donaher, One North Shore Center, 12 Federal Street, 1st Floor, Pittsburgh, PA 15212-5752 |
| 14341272 | + | Email/Text: bankruptcy@huntington.com | Nov 16 2022 23:57:00 | Huntington National Bank, PO Box 2059, Columbus, OH 43216-2059 |
| 14341261 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 16 2022 23:55:36 | Chase, Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 14341275 | + | Email/Text: NESCollections@NESPOWER.com | Nov 16 2022 23:56:00 | Nashville Electronic Services, 1214 Church Street, Nashville, TN 37246-0002 |
| 14341277 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 16 2022 23:57:00 | Nelnet, 3015 S Parker Rd Ste 400, Aurora, CO 80014-2904 |
| 14637956 | | Email/PDF: cbp@onemainfinancial.com | Nov 16 2022 23:55:09 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14341278 | + | Email/PDF: cbp@onemainfinancial.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 16 2022 23:55:36 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14406852 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2022 23:55:26 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14405383 | | Email/Text: bnc-quantum@quantum3group.com | Nov 16 2022 23:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14341283 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2022 23:55:11 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14341284 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2022 23:55:25 | SYNCB/Wal-Mart, PO Box 965036, Orlando, FL 32896-5036 |
| 14341282 | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2022 23:57:00 | Sheffield Financial Corp, PO Box 1847, Wilson, NC 27894-1847 |
| 14341285 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2022 23:55:13 | THD/CBNA, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 14341286 | | Email/Text: marisa.sheppard@timepayment.com | Nov 16 2022 23:57:00 | Time Payment Corp., 10M Commerce Way, Woburn, MA 01801 |
| 14415845 | + | Email/Text: bankruptcy@huntington.com | Nov 16 2022 23:57:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14341287 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2022 23:57:00 | Total Rewards Visa, PO Box 659584, San Antonio, TX 78265-9584 |
| 14341288 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2022 23:55:26 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14405012 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 16 2022 23:57:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. |
| cr | | Citigroup Mortgage Loan Trust 2022-A |
| cr | | Fifth Third Bank |
| cr | | Ford Motor Credit Company LLC |
| cr | | The Huntington National Bank |
| cr | * | American Express Bank, FSB, c/o Becket and Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14885451 | *+ | First National Bank, 3320 E State Street, Hermitage PA 16148-3301 |
| 14341252 | ##+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 14341258 | ##+ | Black Diamond Equipment Rental, 2080 Rail Street, Morgantown, WV 26501-7874 |

TOTAL: 5 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 User: auto Page 4 of 5
Date Rcvd: Nov 16, 2022 Form ID: pdf900 Total Noticed: 61

Date: Nov 18, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Rose M. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Perry J. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Debra Lee Hovatter | on behalf of Creditor BRANCH BANKING AND TRUST COMPANY dhovatter@spilmanlaw.com |
| Denise Carlon | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A dcarlon@kmllawgroup.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| James A. Prostko | on behalf of Creditor Bank Of America N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James P. Valecko | on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com PitEcf@weltman.com |
| Jeremy J. Kobeski | on behalf of Creditor Bank Of America N.A. pawb@fedphe.com, mcupec@grenenbirsic.com |
| Kelly M. Neal | on behalf of Creditor Caterpillar Financial Services Corporation kelly.neal@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Keri P. Ebeck | on behalf of Defendant Fifth Third Bank kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor The Huntington National Bank ecfmail@ecf.courtdrive.com mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com pwilson@ecf.axosfs.com |
| Peter S. Russ | on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com steven.dewick@bipc.com;donna.curcio@bipc.com |
| Ronda J. Winnecour | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Nov 16, 2022 | Form ID: pdf900 | Total Noticed: 61 |

cmecf@chapter13trusteewdpa.com

Sally E. Edison
    on behalf of Creditor Branch Banking and Trust sedison@spilmanlaw.com tcollins@spilmanlaw.com

Travis Knobbe
    on behalf of Creditor BRANCH BANKING AND TRUST COMPANY tknobbe@spilmanlaw.com dambrose@spilmanlaw.com

TOTAL: 23