# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    PERRY J. ROWAN
    ROSE M. ROWAN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-24757 CMB

Document No.:

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/27/2016 and confirmed on 10/25/2017. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,507.10 |
| Less Refunds to Debtor | 12.25 | |
| TOTAL AMOUNT OF PLAN FUND | | 72,494.85 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 7,748.72 | |
|     Trustee Fee | 3,223.76 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,972.48 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK OF AMERICA NA** | 0.00 | 40,685.64 | 0.00 | 40,685.64 |
|     Acct: 4882 | | | | |
|   FIFTH THIRD BANK | 0.00 | 2,480.00 | 0.00 | 2,480.00 |
|     Acct: 8130 | | | | |
|   BANK OF AMERICA NA** | 656.23 | 656.23 | 0.00 | 656.23 |
|     Acct: 4882 | | | | |
|   BRANCH BANKING&TRUST CO/BB&T(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2504 | | | | |
|   BRANCH BANKING&TRUST CO/BB&T(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2504 | | | | |
|   CATERPILLAR FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 17,700.50 | 0.00 | 17,700.50 |
|     Acct: 5238 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8373 | | | | |

| 16-24757 CMB | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8130 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9750 | | | | |
| | | | | 61,522.37 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PERRY J. ROWAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PERRY J. ROWAN | 12.25 | 12.25 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 2,235.00 | 2,235.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C THOMPSON ESQ | 5,513.72 | 5,513.72 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX3-18 | | | | |
| THOMPSON LAW GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX-6-2 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS BANK FSB | 5,686.68 | 0.00 | 0.00 | 0.00 |
| Acct: 1003 | | | | |
| AMERICAN EXPRESS BANK FSB | 653.88 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| BANK OF THE WEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8897 | | | | |
| BRANCH BANKING&TRUST CO/BB&T(*) | 9,900.11 | 0.00 | 0.00 | 0.00 |
| Acct: 4807 | | | | |
| BLACK DIAMOND EQUIPMENT RENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1542 | | | | |
| BROWN AND JOSEPH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7212 | | | | |
| CATERPILLAR FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9916 | | | | |
| CATERPILLAR FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9916 | | | | |
| CATERPILLAR FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1206 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4771 | | | | |
| PYOD LLC - ASSIGNEE | 2,771.03 | 0.00 | 0.00 | 0.00 |
| Acct: 8765 | | | | |
| COHN & DUSSI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6536 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 754.83 | 0.00 | 0.00 | 0.00 |
| Acct: 6563 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 4,658.97 | 0.00 | 0.00 | 0.00 |
| Acct: 1196 | | | | |
| CREDENCE RESOURCE MANAGEMENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5927 | | | | |
| DISCOVER BANK(*) | 11,911.72 | 0.00 | 0.00 | 0.00 |
| Acct: 2719 | | | | |
| FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2719 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1775 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 5,080.63 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9750 | | | | |
| | HILLMEADE APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5927 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 19,866.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 8373 | | | | |
| | LEASE OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8311 | | | | |
| | MEDICWEST AMBULANCE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3516 | | | | |
| | NASHVILLE ELECTRONICS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4394 | | | | |
| | US DEPARTMENT OF EDUCATION | 11,430.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 6035 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC - A/S/F | 7,848.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 9000 | | | | |
| | PENNSYLVANIA ASSOCIATION OF CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7872 | | | | |
| | TIM MCCURDY - Q & M CONSTRUCTION | 13,377.50 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: R919 | | | | |
| | SHEFFIELD FINANCIAL/B B & T* | 3,482.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 4727 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9033 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6094 | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3354 | | | | |
| | TIME PAYMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5376 | | | | |
| | TOTAL REWARDS VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1196 | | | | |
| | TRACTOR SUPPLY/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1779 | | | | |
| | WADES BODY & FRAME SHOP INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5927 | | | | |
| | WHOLE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 71IN | | | | |
| | NAVITAS CREDIT CORP | 38,035.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 6536 | | | | |
| | BRANCH BANKING&TRUST CO/BB&T(*) | 50.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 9470 | | | | |
| | CATERPILLAR FINANCIAL SVCS | 561,121.87 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRANCH BANKING&TRUST CO/BB&T(*) | 91,694.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 2504 | | | | |
| | BRANCH BANKING&TRUST CO/BB&T(*) | 92,246.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 2504 | | | | |
| | BUCHANAN INGERSOLL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRENEN & BIRSIC PC (FRMRLY DAVID W | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRENEN & BIRSIC PC (FRMRLY DAVID W | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|    ALLIED INTERSTATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

*** N O N E ***

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 61,522.37 |
| TOTAL CLAIMED | | |
|   PRIORITY | 0.00 | |
|   SECURED | 656.23 | |
|   UNSECURED | 880.572.62 | |

Date: 12/15/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com