**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>　　PERRY J. ROWAN<br>　　ROSE M. ROWAN<br>　　　　　Debtor(s) | Case No. 16-24757CMB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 12/27/2016, and was converted to chapter 13 on 04/06/2017.

　　2) The plan was confirmed on 10/25/2017.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/26/2018, 11/13/2018, 04/12/2019.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

　　5) The case was completed on 07/25/2022.

　　6) Number of months from filing or conversion to last payment: 64.

　　7) Number of months case was pending: 69.

　　8) Total value of assets abandoned by court order:  NA .

　　9) Total value of assets exempted: $24,559.50.

　　10) Amount of unsecured claims discharged without full payment: $1,035,267.50.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $72,507.10 |
| Less amount refunded to debtor | $12.25 |

**NET RECEIPTS:** $72,494.85

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $7,748.72 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,223.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $10,972.48

Attorney fees paid and disclosed by debtor: $1,765.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK FSB | Unsecured | 5,686.00 | 5,686.68 | 5,686.68 | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Unsecured | 615.00 | 653.88 | 653.88 | 0.00 | 0.00 |
| BANK OF AMERICA NA** | Secured | 0.00 | 656.23 | 656.23 | 656.23 | 0.00 |
| BANK OF AMERICA NA** | Secured | 78,492.11 | 76,609.66 | 0.00 | 40,685.64 | 0.00 |
| BANK OF THE WEST | Unsecured | 6,322.51 | NA | NA | 0.00 | 0.00 |
| BLACK DIAMOND EQUIPMENT RENT | Unsecured | 7,646.58 | NA | NA | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB& | Unsecured | 9,016.00 | 9,900.11 | 9,900.11 | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB& | Secured | 100,855.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB& | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB& | Unsecured | NA | 50.27 | 50.27 | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB& | Unsecured | 0.00 | 91,694.91 | 91,694.91 | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB& | Unsecured | 0.00 | 92,246.14 | 92,246.14 | 0.00 | 0.00 |
| BROWN AND JOSEPH | Unsecured | 799.62 | NA | NA | 0.00 | 0.00 |
| CATERPILLAR FINANCIAL SVCS | Unsecured | 7,465.46 | NA | NA | 0.00 | 0.00 |
| CATERPILLAR FINANCIAL SVCS | Unsecured | 4,392.17 | NA | NA | 0.00 | 0.00 |
| CATERPILLAR FINANCIAL SVCS | Unsecured | 2,613.55 | NA | NA | 0.00 | 0.00 |
| CATERPILLAR FINANCIAL SVCS | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CATERPILLAR FINANCIAL SVCS | Unsecured | NA | 561,121.87 | 561,121.87 | 0.00 | 0.00 |
| COHN & DUSSI | Unsecured | 35,014.95 | NA | NA | 0.00 | 0.00 |
| CREDENCE RESOURCE MANAGEME | Unsecured | 921.85 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 11,110.59 | 11,911.72 | 11,911.72 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 8,195.34 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Secured | 8,198.00 | 6,901.41 | 0.00 | 2,480.00 | 0.00 |
| FIFTH THIRD BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | NA | 15,000.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 8,133.82 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 5,182.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 19,729.64 | 5,080.63 | 5,080.63 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LL | Secured | NA | 19,482.00 | 0.00 | 17,700.50 | 0.00 |
| HILLMEADE APARTMENTS | Unsecured | 7,600.00 | NA | NA | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Unsecured | 26,228.89 | 19,866.69 | 19,866.69 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HUNTINGTON NATIONAL BANK(*) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 13,322.00 | NA | NA | 0.00 | 0.00 |
| LEASE OPERATIONS | Unsecured | 5,515.54 | NA | NA | 0.00 | 0.00 |
| MEDICWEST AMBULANCE INC++ | Unsecured | 896.65 | NA | NA | 0.00 | 0.00 |
| NASHVILLE ELECTRONICS SERVICES | Unsecured | 702.89 | NA | NA | 0.00 | 0.00 |
| NAVITAS CREDIT CORP | Unsecured | 0.00 | 38,035.41 | 38,035.41 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC - | Unsecured | 13,986.00 | 7,848.96 | 7,848.96 | 0.00 | 0.00 |
| PENNSYLVANIA ASSOCIATION OF CR | Unsecured | 824.45 | NA | NA | 0.00 | 0.00 |
| PYOD LLC - ASSIGNEE | Unsecured | 2,398.00 | 2,771.03 | 2,771.03 | 0.00 | 0.00 |
| QUALITY ASSET RECOVERY | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 702.00 | 754.83 | 754.83 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 4,476.00 | 4,658.97 | 4,658.97 | 0.00 | 0.00 |
| SHEFFIELD FINANCIAL/B B & T* | Unsecured | 3,501.00 | 3,482.75 | 3,482.75 | 0.00 | 0.00 |
| SYNCHRONY BANK++ | Unsecured | 772.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK++ | Unsecured | 509.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 858.00 | NA | NA | 0.00 | 0.00 |
| TIM MCCURDY - Q & M CONSTRUCT | Unsecured | 0.00 | 13,377.50 | 13,377.50 | 0.00 | 0.00 |
| TIME PAYMENT CORP | Unsecured | 13,896.00 | NA | NA | 0.00 | 0.00 |
| TOTAL REWARDS VISA | Unsecured | 4,441.71 | NA | NA | 0.00 | 0.00 |
| TRACTOR SUPPLY/CBSD | Unsecured | 2,581.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 11,000.00 | 11,430.27 | 11,430.27 | 0.00 | 0.00 |
| WADES BODY & FRAME SHOP INC | Unsecured | 16,709.13 | NA | NA | 0.00 | 0.00 |
| WHOLE SOLUTIONS | Unsecured | 18,927.75 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $43,165.64 | $0.00 |
| Mortgage Arrearage | $656.23 | $656.23 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $17,700.50 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$656.23** | **$61,522.37** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$880,572.62** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $10,972.48 |
| Disbursements to Creditors | $61,522.37 |
| **TOTAL DISBURSEMENTS :** | **$72,494.85** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/13/2023                                By: /s/ Ronda J. Winnecour
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**