**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Perry J. Rowan**
**Rose M. Rowan**
**fka Rose M. Lohr**
   Debtor(s)

Bankruptcy Case No.: 16−24757−CMB

Chapter: 13

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: January 17, 2023

<u>Carlota M Bohm</u>
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24757-CMB |
| Perry J. Rowan | Chapter 13 |
| Rose M. Rowan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 17, 2023 | Form ID: 129 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Perry J. Rowan, Rose M. Rowan, 240 Kovalchecks Road, Carmichaels, PA 15320-2656 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Perry J. Rowan bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Perry J. Rowan bthompson@ThompsonAttorney.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 17, 2023 | Form ID: 129 | Total Noticed: 1 |

Brian C. Thompson
 blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
 on behalf of Joint Debtor Rose M. Rowan bthompson@ThompsonAttorney.com
 blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
 on behalf of Plaintiff Rose M. Rowan bthompson@ThompsonAttorney.com
 blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

David W. Raphael
 on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Debra Lee Hovatter
 on behalf of Creditor BRANCH BANKING AND TRUST COMPANY dhovatter@spilmanlaw.com

Denise Carlon
 on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A dcarlon@kmllawgroup.com

Donna M. Donaher
 on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

James A. Prostko
 on behalf of Creditor Bank Of America  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com

James P. Valecko
 on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com  PitEcf@weltman.com

Jeremy J. Kobeski
 on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com, mcupec@grenenbirsic.com

Kelly M. Neal
 on behalf of Creditor Caterpillar Financial Services Corporation kelly.neal@bipc.com
 donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Keri P. Ebeck
 on behalf of Defendant Fifth Third Bank kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen
 on behalf of Creditor The Huntington National Bank ecfmail@mwc-law.com  mcohen@mwc-law.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
 on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com  pwilson@ecf.axosfs.com

Peter S. Russ
 on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com
 steven.dewick@bipc.com;donna.curcio@bipc.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

Sally E. Edison
 on behalf of Creditor Branch Banking and Trust sedison@spilmanlaw.com  tcollins@spilmanlaw.com

Travis Knobbe
 on behalf of Creditor BRANCH BANKING AND TRUST COMPANY tknobbe@spilmanlaw.com  dambrose@spilmanlaw.com

TOTAL: 23